UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | 04CR 10236 NG |
| ) | |
| V. ) | Criminal No. |
| ) | |
| GREGORIO MELO-MEDINA ) | VIOLATION: 8 U.S.C. §1326(a) |
| a/k/a GREGORY MELO ) | Illegal Reentry of |
| a/k/a VICTOR RIVERA ) | Deported Alien |

## INDICTMENT

**COUNT ONE:**   8 U.S.C. §1326(a) -- Illegal Reentry of Deported Alien

The Grand Jury charges that:

On or about August 3, 2001, at Boston, in the District of Massachusetts,

GREGORIO MELO-MEDINA,

defendant herein, being an alien and having been excluded, deported and removed from the United States, was found in the United States without having received the express consent of the United States Attorney General prior to March 1, 2003, or the express consent of the Secretary of the Department of Homeland Security since that date, to reapply for admission to the United States.

All in violation of Title 8, United States Code, Section 1326(a) and (b)(2) and Title 6, United States Code, Section 202(3) AND (4) and Section 557.

A TRUE BILL

*[signature]*
FOREPERSON OF THE GRAND JURY


*[signature]*
CHRISTOPHER F. BATOR
ASSISTANT U.S. ATTORNEY


DISTRICT OF MASSACHUSETTS; August 11, 2004.

Returned into the District Court by the Grand Jurors and filed.

*[signature]*
DEPUTY CLERK
8/11/04 12:34