UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

    V.

**GREGORIO MELO-MEDINA**
    Defendant

CR # 04-10236 NG

## APPOINTMENT OF FEDERAL DEFENDER

### LEO SOROKIN

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel.

It is hereby ORDERED that the Federal Defender Office for the District of Massachusetts be appointed, effective as of **AUGUST 16, 2004** to represent said defendant in this cause until further order of the Court.

                TONY ANASTAS
                CLERK OF COURT

        By:    /s/ Maria Simeone
                Courtroom Deputy
                The Honorable Lawrence P. Cohen

DATE: AUGUST 17, 2004

(Appt Fed def.wpd - 11/98)                                                                                                              [koapptpd.]