AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF MASSACHUSETTS

| UNITED STATES OF AMERICA | |
|---|---|
| v. | **WARRANT FOR ARREST** |
| GREGORIO MELO-MEDINA | CASE NUMBER: 04 CR 10236 NG |

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __GREGORIO MELO-MEDINA__
                                                                    Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[✓] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)

ILLEGAL REENTRY AFTER DEPORTATION

in violation of Title __8__ United States Code, Section(s) __1326(a)__

Catherine M. Gawlik
Name of Issuing Officer

Catherine M. Gawlik
Signature of Issuing Officer

UNITED STATES MAGISTRATE JUDGE

Supervisor
Title of Issuing Officer

8-11-04
Date and Location

Bail fixed at $ _____ by _____
                                   Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at
WARRANT EXECUTED BY
ARREST/ARRAIGNMENT OF THE
DEFENDANT ON 8/16/04

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.