UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No.
04-10236-NG

UNITED STATES OF AMERICA

v.

GREGORIO MELO-MEDINA

FINAL STATUS REPORT

January 14, 2005

COHEN, M.J.

The above-entitled matter was, after a continuance subject to excludable time, see Docket No. 07, scheduled for a Final Status Conference on January 18, 2005. Counsel for the defendant has reported to the Clerk of this court that the defendant intends to offer a plea of guilty, and that there is no need for a final status conference. That conference is accordingly canceled, and the file is hereby ordered returned to the district judge to whom this case is assigned to schedule a Rule 11 hearing.

As of the current date, only 14 days have elapsed on the Speedy Trial clock.[1]

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] By Order (# 07) dated September 24, 2004, this court ordered the entry of excludable time commencing on September 28, 2004, and concluding on the date of the next conference. That next conference - now canceled - was scheduled for January 18, 2005.