UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-10236-NG |
| | ) | |
| GREGORIO MELO-MEDINA | ) | |
| | ) | |

NOTICE OF APPEARANCE

_____Please enter the appearance of the undersigned Assistant Federal Public Defender on behalf of the defendant, Gregorio Melo-Medina.

                                                GREGORIO MELO-MEDINA
                                                By his attorney,

                                                /s/ Page Kelley
                                                Page Kelley
                                                  B.B.O. #548237
                                                Federal Defender Office
                                                408 Atlantic Avenue, 3rd Floor
                                                Boston, MA  02110
                                                Tel: 617-223-8061

Date: March 21, 2005