UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-10236-NG |
| | ) | |
| GREGORIO MELO-MEDINA | ) | |
| | ) | |

<u>ASSENTED-TO MOTION FOR ADDITIONAL TIME TO FILE MOTION</u>

_____Counsel for defendant requests that this Court grant her until Monday, April 18, to file a

Motion to Dismiss in the above-numbered case.  Counsel was to file the motion today, Friday,

April 15, but requires the additional time to prepare the motion.  The Assistant United States

Attorney assigned to this case, Christopher Bator, does not object to this request.

GREGORIO MELO-MEDINA
By his attorney,

/s/ Page Kelley
Page Kelley
  B.B.O. #548237
Federal Defender Office
408 Atlantic Avenue, 3rd Floor
Boston, MA  02110
Tel: 617-223-8061

Date: April 15, 2005