UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-10236-NG |
| | ) | |
| GREGORIO MELO-MEDINA | ) | |
| | ) | |

MOTION FOR ADDITIONAL TIME TO FILE MOTION

Counsel for defendant requests that this Court grant her until Monday, April 25, to file a Motion to Dismiss in the above-numbered case. Counsel originally was to file the motion Friday, April 15, and asked for Monday, April 18. Counsel now asks for additional time to confer with the Assistant United States Attorney assigned to this case, Christopher Bator, concerning the contents of the defendant's "A-file," and to seek additional information concerning the deportation process in this case.

Counsel has not been able to contact Mr. Bator today, April 18, to ask for his consent to this motion, but counsel notes that Mr. Bator assented to the previous motion.

                                                                             GREGORIO MELO-MEDINA
                                                                             By his attorney,

                                                                             /s/ Page Kelley
                                                                             Page Kelley
                                                                               B.B.O. #548237
                                                                             Federal Defender Office
                                                                             408 Atlantic Avenue, 3rd Floor
                                                                             Boston, MA  02110
                                                                             Tel: 617-223-8061

Date: April 18, 2005