## Table of Contents
## Record Appendix

Letter from A-file, 8/9/96 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

Judgment of conviction, 6/1/93 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2-4

Warrant for deportation, 8/21/96 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5

Boston Police Booking Form, 8/3/01 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6

Docket of Suffolk Superior Court Case . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7-9

Movement History record from Massachusetts Department of Correction . . . . . . . . . . . . . . . . 10

Indictment No. 04cr10236-NG . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11-12

Docket Sheet . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13-14

Memorandum of Investigation 8/3/01 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15

Immigration Detainer, 8/10/01 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16

Report comparing prints, 8/10/01 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 17

Notice of Intent to Reinstate Prior Order of Deportation, 8/10/01 . . . . . . . . . . . . . . . . . . 18

Report of SA Richard Davies, 8/13/01 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 19

Memorandum "Subject Amenable to Prosecution," 8/13/01 . . . . . . . . . . . . . . . . . . . . . . . 20

Warrant of Removal/Deportation 1/4/02 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 21

Information for Travel Document or Passport, 5/24/04 . . . . . . . . . . . . . . . . . . . . . . . . . 22-25

Letter to Consulate of Dominican Republic, 7/12/04 . . . . . . . . . . . . . . . . . . . . . . . . . . . 26

Fax from INS to FBI regarding fingerprints, 7/14/04 . . . . . . . . . . . . . . . . . . . . . . . . . . . 27

Fax from FBI to INS regarding fingerprint results, 7/14/04 . . . . . . . . . . . . . . . . . . . . . . . 28

Fax from INS to records-keeper requesting certificate of non-existence of records . . . . . . . . . 29

Certificate of non-existence, 8/3/04 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 30-31

August 9, 1996

Consulate General of the Dominican Republic
1647 International Trade Mart
2 Canal Street
New Orleans, LA   70130

RE:  MELO-Medina, Gregorio Ernesto
     A38 498 678

Dear Sir:

Please accept this letter with enclosed documents as a formal request for a
travel document on behalf of Gregorio Ernesto Melo-Medina, a native and
citizen of the Dominican Republic.

Mr. Melo entered the United States at San Juan, Puerto Rico, on August 29,
1983, as an immigrant.

Mr. Melo was convicted in U.S. District Court, District of Massachusetts, on
June 1, 1993  for Conspiracy and Distribution of Heroin in violation of Title
21, USC, Section(s) 846 and 841(a)(1).  Mr. Melo was sentenced to a term of
sixty (60) months and is currently serving his sentence in the Federal
Correctional Institute, Oakdale, Louisiana.  Mr. Melo was paroled into our
custody on July 21, 1996.

Mr. Melo was afforded a hearing before an Immigration Judge on August 7, 1996,
to answer the charges on the attached Order to Show Cause.  As a result of his
hearing, Mr. Melo was ordered deported from the United States as documented by
the attached order of the Immigration Judge.

Mr. Melo has been scheduled to depart the United States on _____,
via _____ at _____ AM/PM to_____.

If we may be of further assistance to you in this matter, please feel free to
contact Officer Balentine at the above address.

Sincerely,

Nancy L. Hocks
Officer in Charge

Attachments (217, photos, IO, OSC, copy of b/c and legitimation)
NOL:OAK:DIDDP:TB:sm:08/09/96

**RA 1**

AO 245 S (Rev. 4/90) Sheet 1 - Judgment in a Criminal Case

# United States District Court

_____ District of __MASSACHUSETTS___

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| V. | (For Offenses Committed On or After November 1, 1987) |

GREGORIO ERNESTO MELO

*18452-038*

(Name of Defendant)

Case Number:    CR 92-10104-H-02

FRANK KELLEHER, ESQUIRE
_____
Defendant's Attorney

THE DEFENDANT:

☒ pleaded guilty to count(s) _____ 1,2,3,4 _____.

☐ was found guilty on count(s) _____ after a
plea of not guilty.

Accordingly, the defendant is adjudged guilty of such count(s), which involve the following offenses:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| Title 21, U.S.C.  846 | Conspiracy to distribute heroin | 3-14-92 | 1 |
| Title 21, U.S.C.  841(a)(1) | Distribution of heroin | 3-14-92 | 2,3,4, |
| Title 18, U.S.C.  2 | Aiding and abetting | 3-14-92 | 2,3,4 |

The defendant is sentenced as provided in pages 2 through ___3___ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____,
and is discharged as to such count(s).

☐ Count(s) _____ (is)(are) dismissed on the motion of the United States.

☒ It is ordered that the defendant shall pay a special assessment of $ 200.00_____, for count(s)
_____, which shall be due ☐ immediately ☒ as follows:
AS DIRECTED WHILE ON SUPERVISED RELEASE.

IT IS FURTHER ORDERED that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Defendant's Soc. Sec. No.: __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___

Defendant's Date of Birth: __04-10-66___

Defendant's Mailing Address:

_____

_____

Defendant's Residence Address:

709 Park Avenue_____
Woonsocket, Rhode Island

JUNE 1, 1993
_____
Date of Imposition of Sentence

_____
Signature of Judicial Officer

Edward F. Harrington, USDJ
_____
Name & Title of Judicial Officer

JUNE 1, 1993
_____
Date

RA 2

AO 245 S (Rev. 4/90) Sheet 2 - Imprisonment

Defendant: GREGORIO ERNESTO MELO                    Judgment—Page __2__ of __3__
Case Number: CR 92-10104-H-02
## IMPRISONMENT

    The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of _____ 60 MONTHS WITH CREDIT FOR TIME SERVED. _____ .

☐ The court makes the following recommendations to the Bureau of Prisons:

☐ The defendant is remanded to the custody of the United States marshal.
☐ The defendant shall surrender to the United States marshal for this district.
    ☐ at _____ a.m.
         p.m. on _____.
    ☐ as notified by the United States marshal.
☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons.
    ☐ before 2 p.m. on _____.
    ☐ as notified by the United States marshal.
    ☐ as notified by the probation office.

## RETURN

    I have executed this judgment as follows:

_Defendant transported from USMS Boston to FCI Danbury._

Defendant delivered on __6 - 9-93__ to ___FCI DANBURY___ at

___Danbury, CT.___ , with a certified copy of this judgment.

_Robert T Bowey_
United States Marshal

By _____
Deputy Marshal

RA 3

Defendant: GREGORIO ERNESTO MELO                    Judgment—Page __3__ of __3__
Case Number:

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of _____

__48 MONTHS__

While on supervised release, the defendant shall not commit another federal, state, or local crime and shall not illegally possess a controlled substance. The defendant shall comply with the standard conditions that have been adopted by this court (set forth below). If this judgment imposes a restitution obligation, it shall be a condition of supervised release that the defendant pay any such restitution that remains unpaid at the commencement of the term of supervised release. The defendant shall comply with the following additional conditions:

[x] The defendant shall report in person to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

[ ] The defendant shall pay any fines that remain unpaid at the commencement of the term of supervised release.

[x] The defendant shall not possess a firearm or destructive device.

## [X] STANDARD CONDITIONS OF SUPERVISION

[ x ] While the defendant is on supervised release pursuant to this judgment, the defendant shall not commit another federal, state or local crime. In addition:

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;

2) the defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five days of each month;

3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4) the defendant shall support his or her dependents and meet other family responsibilities;

5) the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;

6) the defendant shall notify the probation officer within 72 hours of any change in residence or employment;

7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician;

8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9) the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;

10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer;

11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;

13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

WARRANT FOR DEPORTATION OF

MELO-MEDINA, GREGORIO ERNESTO    A38 498 678
(NAME OF DEPORTEE)

Deported at Port of _____ Miami, FLA _____ on __ 08/21/96
(port of departure from "S")                    (date of departure)

via _____ AMERICAN FLT #1901 _____
(means of departure, identify clearly to ship, if other means, of departure, etc.)

Departure witnessed by: _____ Jerome W. Fikft SDEO _____
(signature and title of officer)

If actual departure not witnessed, fully identify source or means of departure verification:

_____

_____

If self-deportation pursuant to 8CFR 243.5, check here [ ]

Officer Executing Warrant: _____ Jerome W. Fikft SDEO _____
(signature and title)

Date Form Completed: _____ 08/21/96 _____

Comments: _____

_____

_____ (signature of person fingerprinted) _____

_____ (signature of official taking print) _____

SDEO
(title of official taking print)


right thumb print

RA 5

# Boston Police Department
## Arrest Booking Form

Report 04/25/2005/06/2001 02:10
Booking Status. verified
Printed By: Lynch, Kenneth M

District: 06    UCR Code: 1848
Court of Appearance: Roxbury District Court
Master Name: RIVERA, Victor    Age: 32
Location of Arrest: Mass Ave/Southampton, Roxbury

Booking Name: RIVERA, Victor
Alias: MELO, Gregorio E
Address: 485 Geneva AV #1, DORCHESTER MA US



**Charges:**

Possession W/I to Distribute, Class B (94C-32A)

Kidnapping (265-26) (Docket #:0107CR005168);Dorchester district

*I N S det.*

| | | |
|---|---|---|
| Booking #: 01-00954-06 | Incident #: 010421592 | CR Number: 004556-01 |
| Booking Date: 08/03/2001 14:12 | Arrest Date: 08/03/2001 13:40 | RA Number: |

| | | |
|---|---|---|
| **Sex:** Male | **Height:** 5'11 | **Occupation:** Asbesto Removal |
| **Race:** Black Hispanic | **Weight:** 185    lbs | **Employer/School:** |
| **Date of Birth:** 05/14/1969 | **Build:** Muscular | **Emp/School Addr:** MA US |
| **Place of Birth:** VILLABAL MA DR | **Eyes Color:** Brown | **Social Sec. Number:** 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 |
| **Marital Status:** Single | **Hair Color:** Black | **Operators License:** S12025131 |
| **Mother's Name:** RIVERA, Carmen | **Complexion:** | **State:** MA |
| **Father's Name:** RIVERA, Manuel | | |

| | |
|---|---|
| **Phone Used:** Yes | **Scars/Marks/Tattoos:** Tattoos / Symbols / Right Ankle |
| **Examined at Hospital:** No | **Clothing Desc:** LT BLUE SHIRT,BLUE JEANS,BRN SANDALS |
| **Breathalyzer Used:** No | |
| **Examined by EMS:** No | |

| | | | | |
|---|---|---|---|---|
| **Arresting Officer:** BPD | 08689 | Murphy Jr., Paul W. | **Cell Number:** 1 | |
| **Booking Officer:** BPD | 09710 | Burke, Evon | **Partner's #:** 11889 | |
| **Informed of Rights:** BPD | 11889 | Brito, Adolfo | **Unit #:** V932 | |
| **Placed in Cell By:** BPD | 11889 | Brito, Adolfo | **Trans Unit #:** B435D | |
| **Searched By:** BPD | 11889 | Brito, Adolfo | | |

| **Cautions:** | **Booking Comments:** | **Visible Injuries:** |
|---|---|---|
| | q5 done, not on list | none |

| | JUVENILE INFORMATION | |
|---|---|---|
| **Person Notified:** | **Relationship:** | **Phone:** |
| **Address:** | **Juv. Prob. Officer:** | |
| **Notified By:** | | **Notified Date/Time:** |

| | |
|---|---|
| **Bail Set By:** | I Selected the Bail Comm. |
| **Bailed By:** | |
| **Amount:** | |
| | *Signature of Prisoner* |

| **BOP Check:** | BPD | 09710 | Burke, Evon | |
|---|---|---|---|---|
| **Suicide Check:** | | | | |
| **BOP Warrant:** | | | | |
| **BOP Court:** | | | | *Signature of Duty Supervisor* |

RA 6

MAS-20020121

**Commonwealth of Massachusetts**
SUFFOLK SUPERIOR COURT
Case Summary
Criminal Docket

08/01/2002
02:07 PM

## SUCR2001-10800
## Commonwealth v Melo, Gregorio

| | | | | |
|---|---|---|---|---|
| **File Date** | 09/05/2001 | **Status** | Disposed (sentenced) (dsenimp) | |
| **Status Date** | 06/18/2002 | **Session** | 1 - Crim 1 Ctrm 21- 15th Fl. | |
| **Jury Trial** | Unknown | **Origin** | I - Indictment | |
| **Lead Case** | | | | |

| | | | | | |
|---|---|---|---|---|---|
| **Trial Deadline** | 10/03/2002 | **Deadline Status** | Deadline active since return date | **Status Date** | 10/03/2001 |
| | | **Custody Status** | Cedar Junction MCI (Walpole) | **Start Date** | 06/18/2002 |
| **Weapon** | | **Substance** | Class B | **Prior Record** | Unknown |
| **Arraignment** | 10/03/2001 | **PTC Deadline** | 01/01/2002 | **Pro Se Defendant** | No |

### OFFENSES

| Num | Offense | Code | Status | Status Date |
|---|---|---|---|---|
| 1 | 08/02/2001 | 265:026.1 | Filed (no plea change) | 06/18/2002 |
| | Kidnap | | | |
| 2 | 08/03/2001 | 094C:032E:b1 | Guilty plea | 06/18/2002 |
| | Traffic in controlled substance, 14-27g | | | |

### PARTIES

**Plaintiff**
Commonwealth
Gender: Unknown
Active 09/05/2001

**Defendant**
Gregorio Melo
485 Geneva Avenue
Boston, MA 02122
DOB: 05/14/1969
Gender: Male
CC#010421592
Active 09/05/2001

**District Atty's Office 561552**
John M Julian
Suffolk County District Atty's Office
1 Bulfinch Place
3rd floor
Boston, MA 02114
Phone: 617-619-4000
Fax: 617-619-4009
Active 09/05/2001 Notify

**Private Counsel 063047**
Jose Luis Serpa
Lewis Wharf-Bay 232
Boston, MA 02110
Phone: 617-367-9358
Fax: 617-227-3908
Inactive 11/13/2001

**Private Counsel 306300**
Lazar Lowinger
313 Washington Street
Suite 202
Newton, MA 02458
Phone: 617-965-7377
Fax: 617-964-8676
Active 11/13/2001 Notify

**RA 7**

MAS-20020121

**Commonwealth of Massachusetts**
SUFFOLK SUPERIOR COURT
Case Summary
Criminal Docket

08/01/2002
02:07 PM

## SUCR2001-10800
## Commonwealth v Melo, Gregorio

**Alias deft name**
Victor Rivera
Gender: Unknown
Alias (see real party's status) 10/02/2001

| Date | Paper | Text |
|------|-------|------|
| 09/05/2001 | 1.0 | Indictment returned |
| 09/05/2001 | 2.0 | Motion by Commonwealth for arrest warrant to issue; filed & allowed McEvoy, J. |
| 09/05/2001 | | Warrant on indictment issued |
| 10/03/2001 | | Brought into court. Warrant recalled. Appointment of Counsel Jose Luis Serpa, arraignment only. (Notified 10/04/2001) |
| 10/03/2001 | | Deft arraigned before Court |
| 10/03/2001 | | Deft waives reading of indictment |
| 10/03/2001 | | RE Offense 1:Plea of not guilty |
| 10/03/2001 | | RE Offense 2:Plea of not guilty |
| 10/03/2001 | | Bail set: $1,000,000.00 Surety or $100,000.00 cash without prejudice. Bail warning read. Mittimus issued. |
| 10/03/2001 | | Deft notified of right to request drug exam. Wilson, AC/M - J. Julian, ADA - C. Smith, Court Reporter - J. Serpa, Attorney. |
| 10/26/2001 | 3.0 | Pre-trial conference report filed : Wilson - AC/M - J. Julian - ADA - N. King - Court Reporter - L Lowinger - Attorney |
| 10/26/2001 | 4.0 | Deft files: Motion to suppress and memorandum of law in support of motion to suppress. |
| 10/26/2001 | 5.0 | Deft files: Motion to inspect |
| 10/26/2001 | 5.1 | Deft files: Request for bill of particulars. |
| 10/26/2001 | 6.0 | Deft files Motion for information relating to confidential informant. |
| 10/26/2001 | 7.0 | Deft files motion for discovery of defendants conduct that the government intends to introduce at trial as implied admission. |
| 10/26/2001 | 8.0 | Deft files motion for disclosure of chain of custody |
| 10/26/2001 | 9.0 | Deft files motion for production of police reports |
| 10/26/2001 | 10.0 | Deft files motion for information regarding surveillance of defendant |
| 10/26/2001 | 11.0 | Deft files motion for discovery of electronic surveillance |
| 12/13/2001 | 12.0 | Deft files motion to dismiss and memorandum of law in support thereof.  Wilson, AC/M - J. Julian, ADA - K. Canty, Court Reporter - L. Lowinger, Attorney |
| 02/08/2002 | | Defendant not in court. Hearing on (P#12) motion to dismiss held, matter taken under advisement.  Lauriat, J. |
| 02/13/2002 | | Defendant not in court. Motion (P#12) denied (Peter M Lauriat, Justice). Copies mailed to counsel 2/13/02. |
| 02/26/2002 | | Defendant not in Court. Continued until April 08, 2002 for Motion to Suppress. Lauriat, J. - N. King, Court Reporter - L. Lawrence, Attorney (Case assigned to the 3rd session, room 9) - Case received |

**RA 8**

MAS-20020121

**Commonwealth of Massachusetts**
SUFFOLK SUPERIOR COURT
Case Summary
Criminal Docket

08/01/2002
02:07 PM

### SUCR2001-10800
### Commonwealth v Melo, Gregorio

| Date | Paper | Text |
|------|-------|------|
| | | in 3rd criminal session on 3/1/02 (CSW). |
| 06/11/2002 | | Defendant brought into court. |
| 06/11/2002 | | Interpreter present: |
| 06/11/2002 | | Motion (P#4) denied. Findings and rulings read into record. (Barbara A. Rouse, Justice). Copies mailed |
| 06/18/2002 | | Defendant brought into court |
| 06/18/2002 | | Interpreter present |
| 06/18/2002 | | RE Offense 2:Guilty plea to so much of indictment as charges "Possession of Class B controlled substance with intent to distribute" 94C; 32A(a) |
| 06/18/2002 | | Defendant warned per Chapter 278, Sec 29D of alien status |
| 06/18/2002 | | Defendant sentenced as to Offense 002:  MCI Cedar Junction: Max. 3 years and 1 day, Min. 3 years.  Mittimus issued. |
| 06/18/2002 | | Sentence credit given as per 279:33A: 319 days |
| 06/18/2002 | | Victim-witness fee assessed: $60.00 |
| 06/18/2002 | | Drug fee assessed: $150.00 |
| 06/18/2002 | 13.0 | Waiver of defendants' rights |
| 06/18/2002 | | Abstract sent to RMV |
| 06/18/2002 | | RE Offense 1:Filed (no plea change) on oral motion of the Commonwealth, defendant assenting thereto. |
| 06/18/2002 | 14.0 | Deft files motion for return of property |
| 06/18/2002 | | Motion (P#14) allowed. |
| 06/18/2002 | 15.0 | Commonwealth files motion to destroy |
| 06/18/2002 | | Motion (P#16) allowed.  Rouse, J. - J. Julian, ADA - K. Canty, Court Reporter - L. Lowinger, Attorney |

**EVENTS**

| Date | Session | Event | Result |
|------|---------|-------|--------|
| 10/03/2001 | Magistrate Ctrm 14-9th Fl. | Arraignment | Event held as scheduled |
| 10/25/2001 | Magistrate Ctrm 14-9th Fl. | Conference: Pre-Trial Continuance by agreement | Event held as scheduled |
| 11/13/2001 | Magistrate Ctrm 14-9th Fl. | Hearing: Non-eviden-Discovery continuance by agreement/ 11/6/01 to file all motions. | Event held as scheduled |
| 12/13/2001 | Magistrate Ctrm 14-9th Fl. | Hearing: Non-eviden-Discovery Continued by agreement. | Event held as scheduled |
| 01/17/2002 | Crim 1 Ctrm 21- 15th Fl. | Hearing: Evidentiary-dismiss Continued by agreement. Re: (McCarthy) | Event not held--joint request |
| 02/08/2002 | Crim 1 Ctrm 21- 15th Fl. | Hearing: Evidentiary-dismiss continuance by agreement. | Event held--under advisement |
| 02/26/2002 | Crim 1 Ctrm 21- 15th Fl. | Conference: Status Review Continuance by order of the court. | Event held as scheduled |
| 04/08/2002 | Crim 3 Ctrm 9 - 2nd Fl. | Hearing: Evidentiary-suppression Notice sent | Event not held--joint request |
| 06/10/2002 | Crim 3 Ctrm 9 - 2nd Fl. | Hearing: Evidentiary-suppression notice sent to counsel, 4/8/02 | Event not reached by Court |
| 06/11/2002 | Crim 3 Ctrm 9 - 2nd Fl. | Hearing: Evidentiary-suppression | Event held as scheduled |
| 06/18/2002 | Crim 3 Ctrm 9 - 2nd Fl. | Hearing: Plea Change | Event moved to another session |
| 06/18/2002 | Crim 1 Ctrm 21- 15th Fl. | Hearing: Plea Change | Event held as scheduled |

**RA 9**

Massachusetts Department of Correction - [Admission/Movement History - W_ADM_MOV]

Administr.  Admiss.  Bed Mng.  Class.  Criminal Rds.  Date Comp.  Medical  D.V.  Prog./Work  Release  Schedule  Security  Window

| Select Inmate Commitment Number | W80450 | Select | Search | Today's Date | 20050411 14.18 |

Name: MELO, GREGORIO  Comm #: W80450  Inst: MCI NORFOLK  DOB: 19560410

Status: RELEASE  Unit, Cell, Bed: UNASSIGNED  Sec. Level: 4  Commi: 20020618  PE: 20040710  Release Date: 20040711

Admission Date: 20021125    Admission Time: 10:21    Agency With Jurisdiction: MASSACHUSETTS    Arrived From: SUFFOLK SUPERIOR COURT

| Inserted Userid | Date | Time | Inst No | Admiss/Release Desc | Transported By |
|---|---|---|---|---|---|
| CEHILLMAN | 20040701 | 09:36 | NOR | GCD/EXP/REL to Immigration | |
| WFHEAVEY | 20040701 | 14:18 | NOR | Return From Court (Habeas) | |
| WFHEAVEY | 20040701 | 10:11 | NOR | HABEAS to Court | |
| TDBARTON | 20040623 | 13:10 | NOR | Return From Court (Habeas) | |
| TDBARTON | 20040623 | 08:28 | NOR | HABEAS to Court | |
| WFHEAVEY | 20040324 | 17:25 | NOR | Return From Court (Habeas) | |
| ASPARKS | 20040324 | 06:33 | NOR | HABEAS to Court | |
| WFHEAVEY | 20021125 | 10:21 | NOR | Transfer from MCI | |
| MRGUILMETTE | 20021125 | 09:25 | CON | Transfer to an MCI | |
| MRGUILMETTE | 20020807 | 14:35 | CON | Return From Court (Habeas) | |
| MRGUILMETTE | 20020807 | 08:55 | CON | HABEAS to Court | |
| SPCARNEY | 20020618 | 20:41 | CON | New Court Commitment | SUFFOLK |

VAX History    Modify Activity    Clear    Delete    Save    Exit

Record: 1/12

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) **04**CR **10236**NG |
| | ) |
| v. | ) Criminàĺ No. |
| | ) |
| GREGORIO MELO-MEDINA | ) VIOLATION: 8 U.S.C. §1326(a) |
| a/k/a GREGORY MELO | ) Illegal Reentry of |
| a/k/a VICTOR RIVERA | ) Deported Alien |

## INDICTMENT

**COUNT ONE:**    8 U.S.C. §1326(a) -- Illegal Reentry of
Deported Alien

The Grand Jury charges that:

On or about August 3, 2001, at Boston, in the District of
Massachusetts,

GREGORIO MELO-MEDINA,

defendant herein, being an alien and having been excluded,
deported and removed from the United States, was found in the
United States without having received the express consent of the
United States Attorney General prior to March 1, 2003, or the
express consent of the Secretary of the Department of Homeland
Security since that date, to reapply for admission to the United
States.

All in violation of Title 8, United States Code, Section
1326(a) and (b)(2) and Title 6, United States Code, Section
202(3) AND (4) and Section 557.

•

A TRUE BILL

FOREPERSON OF THE GRAND JURY

CHRISTOPHER F. BATOR
ASSISTANT U.S. ATTORNEY

DISTRICT OF MASSACHUSETTS; August 11, 2004.

Returned into the District Court by the Grand Jurors and filed,

DEPUTY CLERK
8/11/04  12:34
(US)

INTERP, MAG

# United States District Court
## District of Massachusetts (Boston)
## CRIMINAL DOCKET FOR CASE #: 1:04-cr-10236-NG-ALL

Case title: USA v. Melo-Medina                    Date Filed: 08/11/2004

Assigned to: Nancy Gertner

## Defendant

**Gregorio Melo-Medina** (1)
*also known as*
Gregory Melo (1)
*also known as*
Victor Rivera (1)

represented by **Leo T. Sorokin**
Federal Defender's Office
408 Atlantic Ave.
Third Floor
Boston, MA 02210
617-223-8061
Fax: 617-223-8080
*TERMINATED: 03/21/2005*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or*
*Community Defender Appointment*

**Page Kelley**
Federal Defenders
408 Atlantic Avenue
Boston, MA 02210
617-223-8061
Fax: 617-223-8080
Email: page_kelley@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or*
*Community Defender Appointment*

## Pending Counts

8:1326 REENTRY OF DEPORTED
ALIENS
(1)

**Disposition**

## Highest Offense Level (Opening)

Felony

## Terminated Counts

**Disposition**

**RA  13**

None

## Highest Offense Level (Terminated)
None

| Complaints | Disposition |
|---|---|
| None | |

## Plaintiff

USA                                represented by **Christopher F. Bator**
                                                   United States Attorney's Office
                                                   1 Courthouse Way
                                                   Suite 9200
                                                   Boston, MA 02210
                                                   617-748-3100
                                                   Fax: 617-748-3951
                                                   Email: christopher.bator@usdoj.gov
                                                   *LEAD ATTORNEY*
                                                   *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/11/2004 | 1 | INDICTMENT as to Gregorio Melo-Medina (1) count(s) 1. (Gawlik, Cathy) (Entered: 08/16/2004) |
| 08/11/2004 | | Judge Nancy Gertner : ORDER entered ORDER REFERRING CASE to Magistrate Judge Lawrence P. Cohen Reason for referral: pretrial proceedings as to Gregorio Melo-Medina (Gawlik, Cathy) (Entered: 08/16/2004) |
| 08/16/2004 | 2 | Judge Lawrence P. Cohen : ORDER entered SCHEDULING ORDER as to Gregorio Melo-Medina Initial Status Conference set for 9/28/2004 02:00 PM in Courtroom 23 before Magistrate Judge Lawrence P. Cohen. (Cohen, Lawrence) (Entered: 08/16/2004) |
| 08/16/2004 | | Attorney update in case as to Gregorio Melo-Medina. Attorney Leo T. Sorokin for Gregorio Melo-Medina added. (Cohen, Lawrence) (Entered: 08/16/2004) |
| 08/16/2004 | 3 | Judge Lawrence P. Cohen : ORDER entered ORDER ON EXCLUDABLE DELAY as to Gregorio Melo-Medina Time excluded from 8/16/2004 until 9/13/2004. (Cohen, Lawrence) (Entered: 08/16/2004) |
| 08/16/2004 | | electronic Clerk's Notes for proceedings held before Judge Lawrence P. Cohen :Initial Appearance as to Gregorio Melo-Medina held on 8/16/2004 ;Deft is read charges and rights; govt states maximum penalties: Deft consents to an order of detention without prejudice to |

**Department of Justice**

**U.S. Immigration and Naturalization Service**

# MEMORANDUM OF INVESTIGATION

| File Number: | Title: | Control Office: |
|---|---|---|
| A38 498 678 | MELO MEDINA, Gregorio ernesto | LESC |

On 08/03/01 this writer fielded a call from SA Denise Queally of BOS/INV. Denise indicated she had been contacted by 2 separate police departments in the Boston area and was requesting assistance from the LESC in determining identities.

The first subject had an IAQ done prior to this call. The remark section of the query indicated that the INS agent had already been contacted regarding this subject.

SA Queally requested this writer place a detainer on the subject.
Detainer faxed as requested.

FIN # | 513771KA5 |    SIB # | |    2nd SIB # | |

| Special Agent: | Anthony W. Watson | Date: | 08/03/2001 |

G-166C

U.S. Department of Justice
Immigration and Naturalization Service

**Immigrati    Detainer - Notice of Action**

| File No. A38 498 678 |
|---|
| Date:  August 10, 2001 |

| TO: (Name and title of institution) | FROM: (INS office address) |
|---|---|
| Suffolk County Jail | US Immigration and Naturalization Service |
| 200 Nashua St | JFK Federal Building |
| Boston, MA 02114 | Boston, MA 02203 |

Name of alien:  MELO-Medina, Gregorio        AKA: Rivera, Victor        *#6819*

Date of birth:        5/14/69 and 4/10/66    Nationality:        Dominican Rep        Sex:        M

**You are advised that the action noted below has been taken by the Immigration and Naturalization Service concerning the above-named inmate of your institution:**

☒  Investigation has been initiated to determine whether this person is subject to removal from the United States.

☐  A Notice to Appear or other charging document initiating removal proceedings, a copy of which is attached, was served on
_____
        (Date)

☐  A warrant of arrest in removal proceedings, a copy of which is attached, was served on_____ .
                                                            (Date)

☒  Deportation or removal from the United States has been ordered.    *I-871*

**It is requested that you:**

Please accept this notice as a detainer. This is for n ~~...~~ etion in any decision affecting the offender's classification, work and qua ~~...~~ would otherwise receive.

☒  Federal regulations (8 CFR 287.7) require that y ~~...~~ rs (excluding Saturdays, Sundays and Federal holidays) to provide adequate ~~...~~ y notify INS by calling
(*617*) *565-3100*    during business hours or *6* ~~...~~

☒  Please complete and sign the bottom block of the ~~...~~     ☐  A self-addressed stamped
envelope is enclosed for your convenience.    ☐  Ple ~~...~~ code and facsimile number)

Return fax to the attention of _____ ~~...~~
                                    (Name of INS officer)

☒  Notify this office of the time of release at least 3( ~~...~~ .

☒  Notify this office in the event of the inmate's dea ~~...~~

☐  Please cancel the detainer previously placed by this service on _____

        Richard Davies                                    Special Agent(Contact Detention 617-223-3090)
    (Signature of INS official)                                        (Title of INS official)

**Receipt acknowledged:**

Date of latest conviction: _____    Latest conviction charge: *Pre-Trial Drugs*
Estimated release date: _____

Signature and title of official _____

Form I-247 (Rev. 4-1-97) N



**U.S DEPARTM· .T OF JUSTICE**

Immigration and Naturalization Service

*John Fitzgerald Kennedy Federal Building*
*Government Center*
*Boston, MA 02203*
*Investigations*

Date: August 10, 2001
Case Number: A38 498 678

I compared the right thumb print on the ten-print fingerprint card taken from Victor RIVERA by the Boston Police Department (Booking # 01-00954-06) on August 3, 2001, with the right thumb print on the Warrant of Deportation for Gregorio Ernesto MELO-Medina, executed on August 21, 1996 at Miami, Florida, and found them to be made by the same person. In accordance with INS Forensic Document Laboratory policy, fingerprints should be sent to the FDL if certification is needed.

Seth Plumb, Special Agent, USINS

Department of Justice

nigration and Naturalization Service

## Notice of Intent/De_ _ to Reinstate Prior Order

File No. A38 498 678

Date: August 10, 2001

Name: MELO-Medina, Gregorio Ernesto ;   AKA:   RIVERA, Victor

In accordance with section 241(a)(5) of the Immigration and Nationality Act (Act) and 8 CFR 241.8, you are hereby notified that the Attorney General intends to reinstate the order of ___deportation___ entered against you. This intent is based on

(Deportation / exclusion / removal)

the following determinations:

1. You are an alien subject to a prior order of deportation / exXXXXXXXXXXXXX entered on ___August 7, 1996___ at

(Date)

___Oakdale, LA___ .

(Location)

2. You have been identified as an alien who:

☒   was removed on ___August 21, 1996___ pursuant to an order of deportation / exXXXXXXXXXXXX.

(Date)

☐   departed voluntarily on _____ pursuant to an order of deportation / exclusion / removal on or

(Date)

after the date on which such order took effect.

3. You illegally reentered the United States on or about ___an unknown date___ at or near ___an unknown location___ .

(Date)                         (Location)

In accordance with Section 241(a)(5) of the Act, you are removable as an alien who has illegally reentered the United States after having been previously removed or departed voluntarily while under an order of exclusion, deportation or removal and are therefore subject to removal by reinstatement of the prior order. You may contest this determination by making a written or oral statement to an immigration officer. You do not have a right to a hearing before an immigration judge.

Rt Index

(Signature of officer)

Richard Davies / Special Agent

(Title of officer)

---

### Acknowledgment and Response

I  ☐ do   ☐ do not  wish to make a statement contesting this determination.

8/10/2001

(Date)                                                         (Signature of Alien)

---

### Decision, Order, and Officer's Certification

Having reviewed all available evidence, the administrative file and any statements made or submitted in rebuttal, I have determined that the above-named alien is subject to removal through reinstatement of the prior order, in accordance with section 241(a)(5) of the Act. The facts that formed the basis of this determination, and the existence of a right to make a written or oral statement contesting this determination, were communicated to the alien in the ___English___ language.

5/02/2003

(Date)                                                  (Signature of authorized INS official)

Bruce E Chadbourne

(Print name of official)                         ADD/DRO

(Title)

Form I-871 (Rev. 5-1-97)

RA 18

**U.S. Department of Justice**
Immigration and Naturalization Service

f r d of Deportable/Inadmissible Alien

| CONTROL Name (Last, First, Middle) | | | | | Aliases |
|---|---|---|---|---|---|
| MELO-Medina, Gregorio | | | AKA: Rivera, Victor | | |

| Birthdate 4/10/66 | Age 35 | Marital Status ☐ Single ☐ Separated | Widowed ☐ Married ☒ Divorced | File Number A38 498 678 | Name of Last/Current U.S. Employer na |
|---|---|---|---|---|---|

| Sex M | Hair Blk | Eyes brn | Complexion med | Height 5'11 | Weight 165 | Scars or Marks none visible | Address of U.S. Employer |
|---|---|---|---|---|---|---|---|

| U.S. Address(Mail (Number) (Street) 485 Geneva Ave#1 | (City) Dorchester | (State) (ZIP CODE) MA | Type of Employment |
|---|---|---|---|

| Alien's Telephone # | Date of Action 8/10/01 | Location Code Nashua Jail | Salary $ hr. | From: | To: |
|---|---|---|---|---|---|

| City, Province (State) and Country of Birth Dominican Republic | Country of Citizenship DR | Passport Number and Country of Issue DR |
|---|---|---|

| Date, Place, Time, and Manner of Last Entry/Attempted Entry unknown          unknown | Status at Entry unknown | Length of Time Illegally in U.S. unknown | Status When Found incarcerated |
|---|---|---|---|

| Foreign Address/Residence (Number, Street, City, Province (State), Country) Dominican Republic | Arrived From/Boarded At DR |
|---|---|

| Method of Location/Apprehension 511.2.1 | (At/Near) Nashua Jail | Date & Hour August 10, 2001 2:2Opm | Apprehended by R. Davies |
|---|---|---|---|

| Visa # ☐ NIV ☐ IMM ☐ None | Date of Visa Iss./Loc. | Name on Social Security Card Melo, Gregorio | Social Security No. 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 |
|---|---|---|---|

| Name, Address, and Nationality of Spouse (Maiden Name, if appropriate) Jackeline Roche | Number & Nationality of minor Children |
|---|---|

| Father's Name, and Nationality and Address, if Known Gregorio Melo | Mother's Present and Maiden Name, Nationality, and Address, if Known Nercida Medina |
|---|---|

| Monies Due/Property in U.S. Not in immediate possession ☐ None Claimed ☐ See Form I-43 | Record Checks Completed ☒ CIS ☒ DACS | None ☐ ☒ C | Other (specify) ☐ OASIS ☐ STSC | MA Bop F.B.I. No. 513771KA5 |
|---|---|---|---|---|

| Deportation Charge(s) 237 (a) ( )( ); 237 (a) ( )( )( ); 237 (a) ( )( )( ) | Exclusion Grounds( ) 212 (a) ( )( ); 212 (a) ( )( )( ) |
|---|---|

| Place a check on the appropriate box(es) if any of the following actions were completed: ☐ Doc Lifted (No.)   ☒ Fingerprinted   Photographed   I-217 Executed | DACS Citation(s) |
|---|---|

| Special Programs ☐ OCDETF ☐ Sanctions ☐ Grandfathered Alien SAVE | Fraudulent Documents ☐ Sanctions ☐ Other | Criminal Record: ☒ No ☐ ☒ CA ☐ CO ☐ SR ☐ AF | Immigration Record: Yes☒ No ☐ ☒ Prior Deport. ☐ Prior VR |
|---|---|---|---|

| Smuggled Alien ☐ Claimed Verified ☒ ☐ Land ☐ Water ☐ Aircraft | Assistance in Apprehension ☐ Sensors ☐ Observation Aircraft | ☒ Patrol ☐ Horse Patrol | Air Train Vehicle Other Observation Device (specify) |
|---|---|---|---|

| Contraband: ☐ Narcotics ☐ Weapons ☐ Currency ☐ Other | Funds in Possession | Alien Initial | Date | A list of free legal services has been provided: ☒ Yes ☐ No (formal proceedings were not instituted) |
|---|---|---|---|---|

| Alien has been advised of communication privileges pursuant to 8 CFR 242.2(g). | RD | Initial | 08/10/01 | Date |
|---|---|---|---|---|

Narrative: Include details not shown above and whether or not eligible for special status program (e.g., TPS, etc.)

SUBJECT encounter in person at SUFFOLK Jail. I-213 created from information contained in A-File. Investigation predicated upon information supplied by Boston Police. Boston Police contacted INS for assistance in identifying SUBJECT. SUBJECT was arrested on 8/3/01 by Boston PD under the name Victor RIVERA. The SUBJECT was arrested for distribution of a Class B substance and Kidnapping. It was determined by the LESC that the SUBJECT was in fact MELO-Medina, Gregorio. A detainer was lodged by the LESC. Boston, MA INV, requested the A-File on 8/7/01 and received on 8/8/01. Fingerprint comparison confirmed the SUBJECT is MELO-Medina, Gregorio(A38 498 678). The SUBJECT was deported on 8/21/96 from Miami, Florida. SUBJECT was served I-871 (Re-instatement of prior order) on 8/10/01. SUBJECT was given I-214 (warning rights) prior to service of Re-instatement. SUBJECT stated that he understood his rights but would not sign on the advice of his lawyer. SUBJECT was also not willing to supply any information at time of interview upon advice of lawyer. SUBJECT was not questioned after invoking his rights. Copy of File has been given to SA Plumb for presentation to AUSA. Detainer has been updated at Suffolk Jail. File to be closed to Detention and Removal.

_(Signature and Title)_     Richard Davies
Special Agent

☐ Continued on attached continuation page

| DISTRIBUTION D&R File LOG | Received and documents (report of interview) from Officer: R. Davies |
|---|---|
| | 8 / 13  19  1  at |
| | Disposition I-871 Detainer |
| | (Receiving Officer) Smith |

Form I-213 (Rev. 4/1/97) X

# Memorandum



| Subject | Subject Amenable to Prosecution | Date | 8/13/01 |
|---------|--------------------------------|------|---------|

| To | DDP<br>Boston, MA | From | Russell H. Walker<br>ADDI<br>Boston, MA |
|----|-------------------|------|----------------------------------------|

**Individual is amenable to federal prosecution (8 USC 1326, Reentry after Deportation/Removal.) However, DDP efforts to remove subject should continue, regardless of status of federal prosecution.**

**Please contact one of the following officers prior to removing from your custody.**

| | | |
|---|---|---|
| **S/A Heath Simon** | **565-3103** | |
| **S/A Seth Plumb** | **565-3103** | |

| CHECKLIST | INITIALS & DATE | |
|-----------|:---:|:---:|
| | **SA** | **SSA** |
| I-214 WARNING RIGHTS (MIRANDA) | 8/10/01 | 8/13/01 w |
| I-213 RECORD OF DEPORTABLE ALIEN | 8/10/01 | 8/13/01 w |
| I-871 NOTICE OF REINSTATEMENT | 8/10/01 | 8/13/01 w |
| FINGERPRINT COMPARISON LETTER | 8/10/01 | 8/13/01 w |
| EXECUTED WARRANT OF DEPORTATION | 8/2/96 | 8/13/01 w |
| COPY OF FILE INCLUDING PRINTS & PHOTOS | 8/10/01 | 8/13/01 w |
| COMPLETE CRIMINAL HISTORY | 8/10/01 | 8/13/01 w |
| REFERRED TO PROSECUTIONS OFFICER | 8/15/01 | 8/13/01 w |
| RED FLAG ON OUTSIDE COVER OF FILE | 8/13/01 | 8/13/01 w |

*COMPLETE REVIEW OF A-FILE CONTENTS & CHECKLIST*

SSA _____    DATE & TIME  8/13/01

*Rev 4/6/00*

Form G-2

U.S. Department of Justice
Immigration and Naturalization Service

# Waiver of Removal/Deportation

File No:  __A38 498 678__

Date:  __January 4, 2002__

To any officer of the United States Immigration and Naturalization Service:

__MELO-Medina, Gregorio Ernesto__
(Full name of alien)

who entered the United States at __San Juan, Puerto Rico__    on  __August 29, 1983__
(Place of entry)                                                    (Date of entry)

is subject to removal/deportation from the United States, based upon a final order by:

☐ an immigration judge in exclusion, deportation or removal proceedings

☒ a district director or a district director's designated official

☐ the Board of Immigration Appeals

☐ a United States District or Magistrate Court Judge

and pursuant to the following provisions of the Immigration and Nationality Act:

Section 241 (a)(2)(A)(iii) of the Immigration and Nationaliaty Act

I, the undersigned officer of the United States, by virtue of the power and authority vested in the
Attorney General under the laws of the United States and by his or her direction, command you to
take into custody  and  remove from the United States the above-named alien, pursuant to law, at
the expense of:

the appropriation "Salaries and Expenses of the Immigration and Naturalization Service, 2002" including the expenses
of an attendant, if necessary.

_____
(Signature of INS official)

__01/04/2002__          District Director
                              (Title of INS official)

                              Boston, Massachusetts
                              (Date and office location)

Form I-205 (Rev. 4-1-97) N

RA 21

| DATE PREPARED | INFORMATION FOR TRAVEL DOCUMENT OR PASSPORT | FILE |
|---|---|---|
| May 24, 2004 | | A38 498 678 |

| 1. NAME MELO Medina, Gregori | aka Rivera, Victor | 2. SEX |
|---|---|---|
| W80450 | | M |

| 3. OTHER NAMES USED OR KNOWN BY | 4. CITIZENSHIP |
|---|---|
| | Dominican Rep |

| 5. DATE OF BIRTH | 6. PLACE OF BIRTH |
|---|---|
| 4/10/66 | Dominican Rep |

| 7. HEIGHT | WEIGHT | EYES | HAIR | COMPLEXION | MARKS OR SCARS |
|---|---|---|---|---|---|
| 5'11 | 185 | BRN | BRN | LT | |

| 8. NEAREST LARGE CITY TO PLACE OF BIRTH | 9. DISTANCE AND DIRECTION OF PLACE OF BIRTH FROM THIS LARGE CITY |
|---|---|
| Santo Domingo | |

10. IF CITIZENSHIP IS DIFFERENT FROM COUNTRY OF BIRTH, EXPLAIN. IF NATURALIZED IN ANY COUNTRY, SHOW DATE AND PLACE OF NATURALIZATION, CERTIFICATE NUMBER, AND STATE HOW CITIZENSHIP WAS ACQUIRED.
NA

| 11. NAMES, LOCATIONS AND DATES (YEARS) OF ATTENDANCE OF FOREIGN SCHOOLS | 12. NAMES, EXACT LOCATIONS AND DATES (YEARS) OF ATTENDANCE OF FOREIGN CHURCHES. INCLUDE DATE AND NATURE OF ANY RELIGIOUS CEREMONY WHICH MAY HAVE BEEN RECORDED. |
|---|---|
| | |

13. LAST PERMANENT RESIDENCE IN COUNTRY OF CITIZENSHIP (Show dates of residence)

14. ADDRESS IN COUNTRY OF LAST FOREIGN RESIDENCE (Show dates of residence, and Immigration status there)
#21 Hermano Pinson Villa Consuelo Santo Domingo, DR

| 15. PLACE OF ENTRY INTO UNITED STATES | DATE OF ENTRY INTO UNITED STATES |
|---|---|
| Sunk | unk |

16. LIST DATE AND PLACE OF ISSUANCE AND NUMBER OF PASSPORT, BIRTH CERTIFICATE, BAPTISMAL CERTIFICATE OR DOCUMENT OF IDENTITY. SPECIFY DATES OF MILITARY SERVICE, COUNTRY AND UNIT, RANK, SERIAL NUMBER, AND PLACES OF INDUCTION AND DISCHARGE.

17. IN POSSESSION OF TRAVEL DOCUMENT OR PASSPORT AT TIME OF ENTRY:  ☐ YES  ☐ NO.  DESCRIBE DOCUMENT (S). IF SUBJECT DID NOT HAVE TRAVEL DOCUMENT OR PASSPORT AT TIME OF ENTRY, OR DOES NOT HAVE SUCH A DOCUMENT NOW, INDICATE WHETHER EVER OBTAINED ONE:  ☐ YES  ☐ NO.  STATE HOW, WHEN, AND WHERE IT WAS OBTAINED; WHAT KIND OF DOCUMENT IT WAS, AND WHAT BECAME OF IT.

| 18. FATHER'S NAME | DATE OF BIRTH | PLACE OF BIRTH |
|---|---|---|
| Gregorio Melo  Natz USc A37 032 750 | 12/24/39 | DR |

PRESENT ADDRESS
Elizabeth, NJ

| 19. MOTHER'S MAIDEN NAME | DATE OF BIRTH | PLACE OF BIRTH |
|---|---|---|
| MEDINA Vitini, Enercida | unk | DR |

PRESENT ADDRESS
Santo Domingo, DR

20. NAME, RELATIONSHIP, AND ADDRESSES OF RELATIVES ABROAD

| 21. PREVIOUSLY | ☐ EXCLUDED | ☒ DEPORTED | ☐ REQUIRED TO DEPART FROM THE UNITED STATES |
|---|---|---|---|
| ON August 21, 1996 VIA | | | |
| (Date) | (Port) | TO | (Country) |

22. INDICATE WHETHER EVER ARRESTED. IN PRISON OR A PUBLIC INSTITUTION IN THE COUNTRY OF WHICH A NATIONAL, SUBJECT OR CITIZEN:  ☐ YES  ☐ NO.  IF SO, GIVE DATES AND PLACES.
UNK

23. NAME, NATIONALITY AND PRESENT ADDRESS OF SPOUSE, AND DATE AND PLACE OF MARRIAGE
Single,  has girlfriend  Jacqueline Roache, mother of his USC children

24. NAMES, AGES AND ADDRESSES OF ALL CHILDREN
Ritchie 16,
Tashamelo, 12 with mother at 20 E leaonard #309 Roxbury, MA

25. IF NONCANADIAN DEPORTABLE TO CANADA, GIVE DATE AND PORT OF ARRIVAL IN CANADA, AND NAME OF VESSEL

| DATE PREPARED | INFORMATION FOR TRAVEL DOCUMENT OR PASSPORT | FILE |
|---|---|---|
| May 24,2004 | | A38 498 678 |

| 1. NAME   MELO Medina, Gregori | aka Rivera, Victor | | 2. SEX |
|---|---|---|---|
| W80450 | | | M |

| 3. OTHER NAMES USED OR KNOWN BY | 4. CITIZENSHIP |
|---|---|
| | Dominican Rep |

| 5. DATE OF BIRTH | 6. PLACE OF BIRTH |
|---|---|
| 4/10/66 | Dominican Rep |

| 7. HEIGHT | WEIGHT | EYES | HAIR | COMPLEXION | MARKS OR SCARS |
|---|---|---|---|---|---|
| 5'11 | 185 | BRN | BRN | LT | |

| 8. NEAREST LARGE CITY TO PLACE OF BIRTH | 9. DISTANCE AND DIRECTION OF PLACE OF BIRTH FROM THIS LARGE CITY |
|---|---|
| Santo Dominigo | |

**10. IF CITIZENSHIP IS DIFFERENT FROM COUNTRY OF BIRTH, EXPLAIN. IF NATURALIZED IN ANY COUNTRY, SHOW DATE AND PLACE OF NATURALIZATION, CERTIFICATE NUMBER, AND STATE HOW CITIZENSHIP WAS ACQUIRED.**
NA

| 11. NAMES, LOCATIONS AND DATES (YEARS) OF ATTENDANCE OF FOREIGN SCHOOLS | 12. NAMES, EXACT LOCATIONS AND DATES (YEARS) OF ATTENDANCE OF FOREIGN CHURCHES. INCLUDE DATE AND NATURE OF ANY RELIGIOUS CEREMONY WHICH MAY HAVE BEEN RECORDED. |
|---|---|
| | |

**13. LAST PERMANENT RESIDENCE IN COUNTRY OF CITIZENSHIP** *(Show dates of residence)*

**14. ADDRESS IN COUNTRY OF LAST FOREIGN RESIDENCE** *(Show dates of residence, and Immigration status there)*
#21 Hermano Pinson Villa Consuelo Santo Domingo, DR

| 15. PLACE OF ENTRY INTO UNITED STATES | DATE OF ENTRY INTO UNITED STATES |
|---|---|
| Sunk | unk |

**16. LIST DATE AND PLACE OF ISSUANCE AND NUMBER OF PASSPORT, BIRTH CERTIFICATE, BAPTISMAL CERTIFICATE OR DOCUMENT OF IDENTITY. SPECIFY DATES OF MILITARY SERVICE, COUNTRY AND UNIT, RANK, SERIAL NUMBER, AND PLACES OF INDUCTION AND DISCHARGE.**

**17. IN POSSESSION OF TRAVEL DOCUMENT OR PASSPORT AT TIME OF ENTRY:** ☐ YES ☐ NO.   DESCRIBE DOCUMENT (S). IF SUBJECT DID NOT HAVE TRAVEL DOCUMENT OR PASSPORT AT TIME OF ENTRY, OR DOES NOT HAVE SUCH A DOCUMENT NOW, INDICATE WHETHER EVER OBTAINED ONE: ☐ YES ☐ NO.   STATE HOW, WHEN, AND WHERE IT WAS OBTAINED: WHAT KIND OF DOCUMENT IT WAS, AND WHAT BECAME OF IT.

| 18. FATHER'S NAME | DATE OF BIRTH | PLACE OF BIRTH | |
|---|---|---|---|
| Gregorio Melo  Natz USc A37 032 750 | 12/24/39 | DR | |
| **PRESENT ADDRESS** | | | |
| Elizabeth, NJ | | | |

| 19. MOTHER'S MAIDEN NAME | DATE OF BIRTH | PLACE OF BIRTH | |
|---|---|---|---|
| MEDINA Vitini, Enercida | unk | DR | |
| **PRESENT ADDRESS** | | | |
| Santo Domingo, DR | | | |

**20. NAME, RELATIONSHIP, AND ADDRESSES OF RELATIVES ABROAD**

**21. PREVIOUSLY** ☐ EXCLUDED ☒ DEPORTED ☐ REQUIRED TO DEPART FROM THE UNITED STATES

ON ___August 21, 1996___ VIA _____ TO _____

   *(Date)*           *(Port)*                     *(Country)*

**22. INDICATE WHETHER EVER ARRESTED, IN PRISON OR A PUBLIC INSTITUTION IN THE COUNTRY OF WHICH A NATIONAL, SUBJECT OR CITIZEN:** ☐ YES ☐ NO.   IF SO, GIVE DATES AND PLACES.
UNK

**23. NAME, NATIONALITY AND PRESENT ADDRESS OF SPOUSE, AND DATE AND PLACE OF MARRIAGE**
Single,  has girlfriend  Jacqueline Roache, mother of his USC children

**24. NAMES, AGES AND ADDRESSES OF ALL CHILDREN**
Ritchie 16,
Tasbamelo, 12 with mother at 20 E leaonard #309 Roxbury, MA

**25. IF NONCANADIAN DEPORTABLE TO CANADA, GIVE DATE AND PORT OF ARRIVAL IN CANADA, AND NAME OF VESSEL**                    RA  29

| DATE PREPARED | INFORMATION FOR TRAVEL DOCUMENT OR PASSPORT | FILE |
|---|---|---|
| May 24,2004 | | A38 498 678 |

| 1. NAME   MELO Medina, Gregori        aka Rivera, Victor | 2. SEX |
|---|---|
| W80450 | M |

| 3. OTHER NAMES USED OR KNOWN BY | 4. CITIZENSHIP |
|---|---|
| | Dominican Rep |

| 5. DATE OF BIRTH | 6. PLACE OF BIRTH |
|---|---|
| 4/10/66 | Dominican Rep |

| 7. HEIGHT | WEIGHT | EYES | HAIR | COMPLEXION | MARKS OR SCARS |
|---|---|---|---|---|---|
| 5'11 | 185 | BRN | BRN | LT | |

| 8. NEAREST LARGE CITY TO PLACE OF BIRTH | 9. DISTANCE AND DIRECTION OF PLACE OF BIRTH FROM THIS LARGE CITY |
|---|---|
| Santo Dominigo | |

**10. IF CITIZENSHIP IS DIFFERENT FROM COUNTRY OF BIRTH, EXPLAIN. IF NATURALIZED IN ANY COUNTRY, SHOW DATE AND PLACE OF NATURALIZATION, CERTIFICATE NUMBER, AND STATE HOW CITIZENSHIP WAS ACQUIRED.**

NA

| 11. NAMES, LOCATIONS AND DATES (YEARS) OF ATTENDANCE OF FOREIGN SCHOOLS | 12. NAMES, EXACT LOCATIONS AND DATES (YEARS) OF ATTENDANCE OF FOREIGN CHURCHES. INCLUDE DATE AND NATURE OF ANY RELIGIOUS CEREMONY WHICH MAY HAVE BEEN RECORDED. |
|---|---|
| | |

**13. LAST PERMANENT RESIDENCE IN COUNTRY OF CITIZENSHIP** *(Show dates of residence)*

**14. ADDRESS IN COUNTRY OF LAST FOREIGN RESIDENCE** *(Show dates of residence, and Immigration status there)*

#21 Hermano Pinson Villa Consuelo Santo Domingo, DR

| 15. PLACE OF ENTRY INTO UNITED STATES | DATE OF ENTRY INTO UNITED STATES |
|---|---|
| Sunk | unk |

**16. LIST DATE AND PLACE OF ISSUANCE AND NUMBER OF PASSPORT, BIRTH CERTIFICATE, BAPTISMAL CERTIFICATE OR DOCUMENT OF IDENTITY. SPECIFY DATES OF MILITARY SERVICE, COUNTRY AND UNIT, RANK, SERIAL NUMBER, AND PLACES OF INDUCTION AND DISCHARGE.**

**17. IN POSSESSION OF TRAVEL DOCUMENT OR PASSPORT AT TIME OF ENTRY:**  ☐ YES  ☐ NO.   DESCRIBE DOCUMENT (S). IF SUBJECT DID NOT HAVE TRAVEL DOCUMENT OR PASSPORT AT TIME OF ENTRY, OR DOES NOT HAVE SUCH A DOCUMENT NOW, INDICATE WHETHER EVER OBTAINED ONE: ☐ YES ☐ NO.   STATE HOW, WHEN, AND WHERE IT WAS OBTAINED; WHAT KIND OF DOCUMENT IT WAS, AND WHAT BECAME OF IT.

| 18. FATHER'S NAME | DATE OF BIRTH | PLACE OF BIRTH |
|---|---|---|
| Gregorio Melo  Natz USc A37 032 750 | 12/24/39 | DR |

**PRESENT ADDRESS**
Elizabeth, NJ

| 19. MOTHER'S MAIDEN NAME | DATE OF BIRTH | PLACE OF BIRTH |
|---|---|---|
| MEDINA Vitini, Enercida | unk | DR |

**PRESENT ADDRESS**
Santo Domingo, DR

**20. NAME, RELATIONSHIP, AND ADDRESSES OF RELATIVES ABROAD**

| 21. PREVIOUSLY | ☐ EXCLUDED | ☒ DEPORTED | ☐ REQUIRED TO DEPART FROM THE UNITED STATES |
|---|---|---|---|

OR ____ August 21, 1996 ____ VIA ____ TO ____
        *(Date)*                 *(Port)*              *(Country)*

**22. INDICATE WHETHER EVER ARRESTED, IN PRISON OR A PUBLIC INSTITUTION IN THE COUNTRY OF WHICH A NATIONAL, SUBJECT OR CITIZEN:**  ☐ YES  ☐ NO.   IF SO, GIVE DATES AND PLACES.

UNK

**23. NAME, NATIONALITY AND PRESENT ADDRESS OF SPOUSE, AND DATE AND PLACE OF MARRIAGE**

Single,  has girlfriend Jacqueline Roache, mother of his USC children

**24. NAMES, AGES AND ADDRESSES OF ALL CHILDREN**

Ritchie 16,
Tashamelo, 12 with mother at 20 E leonard #309 Roxbury, MA          **RA 24**

**25. IF NONCANADIAN DEPORTABLE TO CANADA, GIVE DATE AND PORT OF ARRIVAL IN CANADA, AND NAME OF VESSEL**

| DATE PREPARED<br>May 24, 2004 | **INFORMATION FOR TRAVEL DOCUMENT OR PASSPORT** | FILE<br>A38 498 678 |
|---|---|---|

| 1. NAME   MELO Medina, Gregori                      aka Rivera, Victor | | 2. SEX<br>M |
|---|---|---|

W80450

| 3. OTHER NAMES USED OR KNOWN BY | 4. CITIZENSHIP<br>Dominican Rep |
|---|---|

| 5. DATE OF BIRTH<br>4/10/66 | 6. PLACE OF BIRTH<br>Dominican Rep | | | |
|---|---|---|---|---|

| 7. HEIGHT<br>5'11 | WEIGHT<br>185 | EYES<br>BRN | HAIR<br>BRN | COMPLEXION<br>LT | MARKS OR SCARS |
|---|---|---|---|---|---|

| 8. NEAREST LARGE CITY TO PLACE OF BIRTH<br>Santo Dominigo | 9. DISTANCE AND DIRECTION OF PLACE OF BIRTH FROM THIS LARGE CITY |
|---|---|

10. IF CITIZENSHIP IS DIFFERENT FROM COUNTRY OF BIRTH, EXPLAIN. IF NATURALIZED IN ANY COUNTRY, SHOW DATE AND PLACE        OF NATURALIZATION, CERTIFICATE NUMBER, AND STATE HOW CITIZENSHIP WAS ACQUIRED.

NA

| 11. NAMES, LOCATIONS AND DATES (YEARS) OF ATTENDANCE<br>OF FOREIGN SCHOOLS | 12. NAMES, EXACT LOCATIONS AND DATES (YEARS) OF ATTENDANCE<br>OF FOREIGN CHURCHES. INCLUDE DATE AND NATURE OF ANY<br>RELIGIOUS CEREMONY WHICH MAY HAVE BEEN RECORDED. |
|---|---|

13. LAST PERMANENT RESIDENCE IN COUNTRY OF CITIZENSHIP *(Show dates of residence)*

14. ADDRESS IN COUNTRY OF LAST FOREIGN RESIDENCE  *(Show dates of residence, and Immigration status there)*
#21 Hermano Pinson Villa Consuelo Santo Domingo, DR

| 15. PLACE OF ENTRY INTO UNITED STATES<br>Sunk | DATE OF ENTRY INTO UNITED STATES<br>unk |
|---|---|

16. LIST DATE AND PLACE OF ISSUANCE AND NUMBER OF PASSPORT, BIRTH CERTIFICATE, BAPTISMAL CERTIFICATE OR   DOCUMENT OF IDENTITY. SPECIFY DATES OF MILITARY SERVICE, COUNTRY AND UNIT, RANK, SERIAL NUMBER, AND PLACES OF INDUCTION AND DISCHARGE.

17. IN POSSESSION OF TRAVEL DOCUMENT OR PASSPORT AT TIME OF ENTRY:      ☐ YES  ☐ NO.    DESCRIBE DOCUMENT (S). IF SUBJECT DID NOT HAVE TRAVEL DOCUMENT OR PASSPORT AT TIME OF ENTRY, OR DOES NOT HAVE SUCH A DOCUMENT NOW, INDICATE WHETHER EVER OBTAINED ONE:    ☐ YES  ☐ NO.    STATE HOW, WHEN, AND WHERE IT WAS OBTAINED: WHAT KIND OF DOCUMENT IT WAS, AND WHAT BECAME OF IT.

| 18. FATHER'S NAME<br>Gregorio Melo  Natz USc A37 032 750 | DATE OF BIRTH<br>12/24/39 | PLACE OF BIRTH<br>DR |
|---|---|---|

PRESENT ADDRESS
Elizabeth, NJ

| 19. MOTHER'S MAIDEN NAME<br>MEDINA Vitini, Enercida | DATE OF BIRTH<br>unk | PLACE OF BIRTH<br>DR |
|---|---|---|

PRESENT ADDRESS
Santo Domingo, DR

20. NAME, RELATIONSHIP, AND ADDRESSES OF RELATIVES ABROAD

| 21. PREVIOUSLY    ☐ EXCLUDED    ☒ DEPORTED    ☐ REQUIRED TO DEPART FROM THE UNITED STATES | | |
|---|---|---|
| ON   August 21, 1996   VIA<br>*(Date)* | *(Port)*   TO | *(Country)* |

22. INDICATE WHETHER EVER ARRESTED, IN PRISON OR A PUBLIC INSTITUTION IN THE COUNTRY OF WHICH A NATIONAL SUBJECT OR CITIZEN:    ☐ YES  ☐ NO.    IF SO, GIVE DATES AND PLACES.

UNK

23. NAME, NATIONALITY AND PRESENT ADDRESS OF SPOUSE, AND DATE AND PLACE OF MARRIAGE
Single, has girlfriend  Jacqueline Roache, mother of his USC children

24. NAMES, AGES AND ADDRESSES OF ALL CHILDREN
Ritchie 16,
Tashamelo, 12 with mother at 20 E leaonard #309 Roxbury, MA

**RA 25**

25. IF NONCANADIAN DEPORTABLE TO CANADA, GIVE DATE AND PORT OF ARRIVAL IN CANADA, AND NAME OF VESSEL



**U.S. Department of Homeland Security**
Bureau of Immigration and Customs Enforcement

*JFK Federal Bldg*
*Boston, MA 02203*

Monday, July 12, 2004

Consulate-General of Dominican Republic
20 Park Plaza
Suite 601
Boston MA, 02116

Ref: A 038-498-678

Dear Sir/Madam:

Herewith is personal data relating to Gregorio Ernesto MELO-MEDINA, a national of Dominican Republic, for whom travel document facilities are desired.

The subject is presently incarcerated by this Service and we are ready to complete the deportation proceedings in this case. Therefore, it would be greatly appreciated if you would expedite the issuance of a travel document.

Should you need additional information, please contact Claudia English at (617)565-1566.

Thank you for your assistance and cooperation in this matter.

Sincerely,

*Bruce E. Chadbourne*

Bruce E. Chadbourne    *KK*
Field Office Director
New England Field Office

Enclosures:

4 photographs
4 copies information for travel document or passport
1 copy of Order to Show Cause/Notice to Appear
1 copy of Decision of Immigration Judge
1 Warrant of Deportation/Removal
Copy of Executed Warrant
Copy of Birth Certificate
Notice Of Intent/Reinstate Prior Order



# INS FACSIMILE

**Department of Homeland Security**
**Bureau of Immigration and Customs Enforcement**
John F. Kennedy Building
Government Center
Boston, MA 02203
July 14, 2004


**TO:**               FBI Special Processing Center

**TELEPHONE:**        304-625-5584

**FAX:**              304-625-5587

**PAGES INC.COVER:** 5

**FROM:**             Julia Lee
                      Special Agent

**TELEPHONE:**        617-565-1924

**FAX:**              617-565-3960


**COMMENTS:**

Please compare the attached prints to determine if they relate to the same individual:

  1) Prints taken by Boston PD on 8/3/2001 in the name Victor RIVERA
  2) Right Thumbprint from 8/21/96 Warrant of Deportation

We believe the 2 sets of prints relate to the same record and individual: 513771KA5 –
Gregorio Ernesto MELO-Medina.

Thank you!

**RA 27**

# FEDERAL BUREAU OF INVESTIGATION
## U.S. DEPARTMENT OF JUSTICE
### CLARKSBURG, WV

Date:    Wednesday, July 14, 2004



**TO:**
INS

BOSTON, MA

**ATTN:**

**FROM:**    **DCFBIWAD2**
**FBI**
**SPECIAL PROCESSING CENTER - MODULE E-2**
**1000 CUSTER HOLLOW ROAD**
**CLARKSBURG, WV 26306**

**PHONE:** 304-625-5584 (24 HOUR  - VOICE)
304-625-5587 (24 HOUR  - AUTO FAX)

**SUBJECT:** RIVERA,VICTOR

**YOUR CASE #:**

**DATE PRINTS SUBMITTED:**    7/14/2004

The fingerprints you submitted on the above subject are identical with:

MELO,GREGORIO E   FBI # 513771KA5

SINGLE RIGHT THUMB PRINT IS ALSO IDENTICAL WITH FBI # 513771KA5

This subject's criminal history is available in and must be
obtained through the NCIC Interstate Identification Index (III).

AUTHORIZATION:  KJD/JRG

### CONFIDENTIALITY NOTICE

This facsimile transmission may contain confidential information belonging to the sender which is protected by law. The information is intended only for the use of the recipient named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or taking of any actions in reliance on the contents of this transmission is strictly prohibited.



# FAX - Boston Investigations

| | | | |
|---|---|---|---|
| **To:** | Ms. Price | **From:** | Special Agent Julia Lee |
| **Fax:** | (202) 305-1737 | **Pages:** | 1 |
| **Phone:** | | **Date:** | July 14, 2004 |
| **Re:** | Certificate of Non-existence | **CC:** | |

☐ **Urgent**   ☐ **For Review**   ☐ **Please Comment**   ☐ **Please Reply**   ☐ **Please Recycle**

Please search your records and determine whether the following individual ever requested or obtained permission to re-enter the United States following deportation or removal:

<u>Name</u>: MELO-Medina, Gregorio Ernesto    <u>DOB</u> : 4/10/1966    <u>COB</u> : Dominican Republic

<u>Date of last removal/deportation</u>: 8/21/1996

<u>Also Known As</u>: Gregorio E. MELO; Gregorio Ernest MELO; Victor RIVERA

<u>Alien Registration Number</u>: A38 498 678

<u>Other DOB</u>: 5/14/1969

Please send information to me at:

> Immigration and Customs Enforcement
> JFK Federal Building, Rm. 1725
> Government Center
> Boston, MA 02203
> ATTN: Special Agent Julia Lee

Thank you for your attention to this matter.

RA



U.S. Department of Homeland Security
Washington, DC 20536



**U.S. Citizenship
and Immigration
Services**

AUG    3   2004

# Interoffice Memorandum

To:    District Director
       Boston, MA

Attention: Special Agent Julia Lee

From:  Office of Records, Headquarters, (HQREC)

Re: Certification Requests for July 8, and 14, 2004


Attached is(are) Certificate of Nonexistence of Record(s) relating to the following subject(s):

Javier Alfredo Pagoada-Ramirez                          A-71 811 545
Gregorio Ernesto Melo-Medina                            A-38 498 678

As Chief of the Records Services Branch, Office of Records, I am duly authorized to make such certification
and to delegate such authority in my absence.

RUTH E. JONES
Chief
Records Services Branch

Attachments



16/2004 15:01 FAX 6175651514    DHS ICE INV    @003

**⌐. Department of Homeland Security**
⌐reau of Citizenship and Immigration Services

## Certificate of Nonexistence of Record

HQORM-70/42.4 - C

August 3, 2004

*⌐uth E. Jones,* certify to the following:

That I am *the Chief* in the Records Services Branch, Office of Records, Headquarters, Bureau of Citizenship
⌐ Immigration Services, United States Department of Homeland Security, and by virtue of the authority
⌐tained in Section 475(b)(1) of the Homeland Security Act of 2002, Section 290(d) of the Immigration and
⌐tionality Act and 8 CFR 103.7(d)(4), I am authorized to certify the nonexistence in the records of the Service
⌐n official file, document, or records pertaining to a specified persons or subjects.

That the Bureau of Citizenship and Immigration Services maintains centralized records relating to immigrant
⌐ens who entered the United States on or after June 30, 1924, to nonimmigrant aliens who entered on or after
⌐ne 30, 1948, and a centralized index of all persons naturalized on or after September 27, 1906.

That after a diligent search relating to File No. A-38 498 678, Gregorio Ernesto Melo-Medina, also known as
⌐egorio E. Melo, Gregorio Ernest Melo, and Victor Rivera, born April 10, 1966 or May 14, 1969, in the
⌐ominican Republic, no evidence is found to exist in the records that the defendant obtained consent before
⌐arch 1, 2003 from the Attorney General of United States to reapply for admission in the United States; and no
⌐idence is found to exist in the records that the defendant obtained corresponding consent after February 28,
⌐03 from the Secretary of the Department of Homeland Security pursuant to 6 U.S.C. §§ 202(3) and (4) and
⌐.C. § 557.

*Ruth E. Jones*
RUTH E. JONES
Chief
Records Services Branch

⌐M CO-230 (Rev 3-26-95)Y

**RA 31**