UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CR. NO. 04-10236-NG |
| | ) | |
| GREGORIO MELO-MEDINA | ) | |
| | ) | |

**ASSENTED-TO MOTION TO CONTINUE RULE 11 HEARING**

The United States, with the assent of the defendant, moves to continue the Rule 11 hearing, now scheduled for May 4, 2005, until after the government has filed a response to, and the Court rules on, the defendant's recently filed motion to dismiss. In support of its motion the United States says:

1. On April 25, 2005, the defendant filed a motion to dismiss.

2. Also on April 25, 2005, the undersigned Assistant U.S. Attorney began trial in <u>United States v. Derek Capozzi</u>, Cr. No. 10373-RWZ. The trial is expected to continue into or through the week of May 9, 2005.

3. The opposition to the defendant's motion is due to be filed on or by May 9, 2005. Because of the above referenced trial, the undersigned AUSA has not been able to prepare an opposition to, or even review, the defendant's motion. The government requests an extension of two weeks, until May 23,

2005, to respond to the motion.

4. The government further requests that all time be excluded from speedy trial calculations until the date of any change of plea hearing.

5. The defendant assents to the motion.

Gregorio Melo-Medina
by his counsel,

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

_____
Page Kelly, Esq. (C.F.B.)
Federal Defender Office
408 Atlantic Avenue
Boston, MA 02110

By: _____
CHRISTOPHER F. BATOR
Assistant U.S. Attorney

Date: 5/3/05

CERTIFICATE OF SERVICE

I, CHRISTOPHER F. BATOR, certify that I have served a copy of the above upon Page Kelly, Esq., Federal Defender Office, 408 Atlantic Avenue, Boston, MA 02110 by first class mail.

_____
CHRISTOPHER F. BATOR
Assistant U.S. Attorney

Date: 5/3/05

2