UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>V.                       )<br>)<br>GREGORIO MELO-MEDINA      )<br>) | CR. NO. 04-10236-NG |

### ASSENTED-TO MOTION TO EXTEND TIME

The United States, with the assent of the defendant, moves to extend the time by which it must respond to the defendant's Motion To Dismiss from May 23, 2005, up to and including May 31, 2005. In support of its motion, the United States says:

1.  The government needs the additional time to fully investigate the factual record in order to adequately respond to the defendant's motion.

2.  The requested extension is only for five business days (not including the Memorial Day holiday).

3.  The defendant assents to the motion.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
CHRISTOPHER F. BATOR
Assistant U.S. Attorney

Date: 5/20/05

CERTIFICATE OF SERVICE

    I, CHRISTOPHER F. BATOR, certify that I have served a copy of the above upon Page Kelly, Esq., Federal Defender Office, 408 Atlantic Avenue, Boston, MA 02110 by first class mail.

                                                _____
                                                CHRISTOPHER F. BATOR
                                                Assistant U.S. Attorney

                                                Date: 5/20/05