Date:    7/26/2004 4:01 PM
Sender: "Omega Travel Itinerary" <SMTP:resfax@owt.net>
To:      "Greenbaum; Alan" <SMTP:Alan.Greenbaum@dhs.gov>
bcc:    Alan Greenbaum
Priority: Normal
Subject: Travel Itinerary 09AUG BOS MELO MEDINA
*****AIR PRICE SHOWN ON THIS PNR IS BASED ON, PER PERSON*****


**Please do not reply to this e-mail.**
**It will not go back to your travel counselor.**

MELO MEDINA/GEORGIO        DEPU                       26Jul04   04:01pm


Booking locator: BWJQPC
Fare: $468.65

09Aug04   11:15am   Monday
Air   American Airlines      Flight# 2087   Class:B Seat:36H
      From: Boston MA, USA        09Aug04   11:15am   Monday
      To:   Santo Domingo, Domini 09Aug04   03:06pm   Monday
      Meal: Lunch Equip: Airbus Jet Status: Confirmed

      DEP-TERMINAL B
      ONEWORLD
      American Airlines locator: BWJQPC

30May05             Monday
Other Boston MA, USA
      THANK YOU........BOB

------------------------------------------------------

*****AIR PRICE SHOWN ON THIS PNR IS BASED PER PERSON******




FOR AFTER HOURS EMERGENCY ASSISTANCE CALL
888-451-8777 - OR - 414-325-5006
PLEASE REFERENCE I.D. CODE N*-5WN1-DROUEST

------------------------------------------------------

ResFAX(r) Copyright(c) 1992-2004 Cornerstone Information Systems, Inc.,
Bloomington, IN

***ResFAX Message ID 6524227***
***ResFAX Itinerary E-Mail***


57692863.PDF

| ME: | A NUMBER: |
|---|---|
| MELO, Gregorio | A 38498678 |

| TIONALITY | DATE OF BIRTH | PLACE OF BIRTH | SEX |
|---|---|---|---|
| Dom Rep | | Dom Rep | M |

| IGHT (INCHES) | WEIGHT (POUNDS) | HAIR | EYES | CMPLX. | OTHER DESCRIPTION |
|---|---|---|---|---|---|
| | | | | | |

LOTHING DESCRIPTION

RIMINAL HISTORY

RAVEL DOCUMENT STATUS

nsular Issued

RAVEL ARRANGEMENTS MADE WITH OMEGA TRAVEL

| _____ VOLUNTARY DEPARTURE | _____ I-274 | _____ VWWPP |
|---|---|---|
| XX DEPORT | _____ EXCLUSION | |

RESERVATIONS MADE WITH OMEGA TRAVEL

OST:    $468.65

| EAVING: | BOS | VIA FLIGHT: | AA #2087 | AT | 11:15 | ON | 8/9/2004 |
|---|---|---|---|---|---|---|---|
| RRIVING: | SDQ | AT | 15:06 | ON | 8/9/2004 | | |

| EAVING: | _____ | VIA FLIGHT: | _____ | AT | _____ | ON | _____ |
|---|---|---|---|---|---|---|---|
| RRIVING: | _____ | AT | _____ | ON | _____ | | |

| EAVING: | _____ | VIA FLIGHT: | _____ | AT | _____ | ON | _____ |
|---|---|---|---|---|---|---|---|
| RRIVING: | _____ | AT | _____ | ON | _____ | | |

INFORMATION RECEIVED FROM:

| (NAME) | (OFFICE) | (DATE) | (TIME) |
|---|---|---|---|

INFORMATION GIVEN TO:

| (NAME) | (OFFICE) | (DATE) | (TIME) |
|---|---|---|---|

01