```
CORPORATE HQ   703-359-0200   MD Baltimore   410-528-9594   NY Buffalo     716-626-1734   UT Richmond        804-747-7769
CA Los Angeles 626-961-4728   MD Columbia    410-740-7330   NY New York City 212-563-3500  UT Salt Lake City 801-359-1289  WI Madison Dntwn 608-270-8228
   Sacramento  916-441-6800   MD Rockville   301-984-3888   NC Jacksonville  910-455-9077  VA Virginia Beach 757-490-1643  WI Milwaukee HQ  414-325-5000
FL Fort Lauderdale 954-761-9808 MA Boston   617-227-0006   PA Philadelphia  215-864-1894      Fairfax         703-359-8888  WY Powell        307-754-5138
```

SALESPERSON: BH                ITINERARY/INVOICE NO: 0041958             DATE: 02 AUG 04
CUSTOMER NBR: MEDDROUEST                              BWJQPC             PAGE: 01

```
TO: DRO UNESCORTED ALIENS
    801 I STREET NW STE 900
    WASHINGTON DC 20536
```

**OMEGA WORLD TRAVEL**
Mail payments to: Dept 0076, McLean, VA  22109-0076

```
AIRTRAN ........ 800-247-8726   NORTHWEST .... 800-225-2525   CRUISE.COM
AMERICAN ....... 800-433-7300   SW ........... 800-435-9792
AMERICA WEST ... 800-235-9292   UNITED ....... 800-241-6522   EXPERT ADVICE
CONTINENTAL .... 800-525-0280   USAIR ........ 800-428-4322   LOWEST PRICE
DELTA .......... 800-221-1212   24 HOUR ...... 800-685-6342   800-333-3116
```

FOR: MELO MEDINA/GEORGIO       REF: DEPU

04 AUG 04   -   MONDAY
  AIR     AMERICAN AIRLINES    FLT:2087    ECONOMY           LUNCH
          LV BOSTON                        1115A             EQP: AIRBUS A300-600
          DEPART: TERMINAL B                                 03HR 51MIN
          AR SANTO DOMINGO                 306P              NON-STOP
                                                             REF: BWJQPC
          MELO MEDINA/GEO      SEAT-36H

30 MAY 05  -   MONDAY
          OTHER BOSTON
          THANK YOU........BOB
  MCO     XD8156368081
                                           BILLED TO MASTERCARD         46.75*
  AIR TICKET   AA1084176114                MELO MEDINA GEORGIO
  ELEC TKT                                 BILLED TO MASTERCARD        473.65*
                                           SUB TOTAL                   520.40
                                           NET CC BILLING              520.40*
                                           ─────────────────────────────────
                                           TOTAL AMOUNT DUE              0.00

FOR AFTER HOURS EMERGENCY ASSISTANCE CALL
888-451-8777 - OR - 414-325-5006
PLEASE REFERENCE I.D. CODE N*-5WN1-DROUEST

BA-2227
U7-I
U8-417-565-1631
U11-A38 498 678
U6-CRT-04-BOS4UA3969

  AirDeals.com  TOURDEALS.COM  OMEGA WORLD TRAVEL
travtech.com       cruise.com    airdeals.com   tourdeals.com    owt.net

"To avoid inconvenience - Please verify departure times directly with carrier on day of travel"
Terms and conditions plus important travel information on reverse side

**AIRLINE TICKETS ARE NEGOTIABLE DOCUMENTS - RETURN TICKETS NOT USED**          BA - Sep-03