| In | MoveIn | Out | MoveOut | Housing | |
|---|---|---|---|---|---|
| | | | | | 8-2 |
| MOVE | 08/10/2004 | INS | 08/16/2004 | HOC | |
| MOVE | 08/09/2004 | MOVE | 08/10/2004 | HOC | 6-02-1 |
| MOVE | 08/09/2004 | MOVE | 08/09/2004 | HOC | 6-02-1 |
| MOVE | 08/08/2004 | MOVE | 08/09/2004 | HOC | BMC |
| MOVE | 08/07/2004 | MOVE | 08/08/2004 | HOC | 6-02-1 |
| HOUSED | 08/06/2004 | MOVE | 08/07/2004 | HOC | 8-2 |
| MOVE | 04/02/2002 | SENTENCE | 06/18/2002 | NSJ | |
| MOVE | 04/02/2002 | MOVE | 04/02/2002 | NSJ | |
| MOVE | 03/14/2002 | MOVE | 04/02/2002 | NSJ | |
| MOVE | 03/09/2002 | MOVE | 03/14/2002 | NSJ | |
| MOVE | 03/05/2002 | MOVE | 03/09/2002 | NSJ | |
| MOVE | 09/12/2001 | MOVE | 03/05/2002 | NSJ | |
| MOVE | 09/12/2001 | MOVE | 09/12/2001 | NSJ | |
| MOVE | 09/02/2001 | MOVE | 09/12/2001 | NSJ | |

Gregorio Melo