## AFFIDAVIT OF JULIA LEE

I, Julia Lee, state as follows:

1. I am a Special Agent of U.S. Immigration and Customs Enforcement (ICE) (formerly INS) and have been so employed since July, 2003.

2. I am the ICE case agent assigned to this case.

3. It was my understanding and belief that Gregory Melo-Medina (Melo-Medina) was released from Massachusetts (state) custody to the applicable ICE detainer on July 12, 2004. ICE agents took Melo-Medina into ICE custody at MCI Norfolk on July 12, 2004.

4. ICE requested travel documents for Melo-Medina from the Dominican Consulate-General by letter on July 14, 2004, two days after he came into ICE custody. Melo-Medina could not be deported to the Dominican Republic without the appropriate travel documents. It is my understanding that it was then, and is now, ICE practice not to schedule deportation (and purchase airline or other tickets for deportation) until any necessary travel documents have been received by ICE.

5. I have learned that Melo-Medina was scheduled to be deported to the Dominican Republic on August 9, 2004. His airline flight was booked on July 26, 2004. Records indicate that the airline ticket was purchased on August 2, 2004. It is my understanding that if he had not become ill (requiring hospitalization), Melo-Medina would have been deported on August

9, 2004.

6. Melo-Medina's movement log/transfer history from the Suffolk County House of Correction indicates that he was transferred from the ICE detainee unit of South Bay to the medical unit on August 7, 2004. On August 8, 2004, he was transferred and held overnight at Boston Medical Center. On August 9, 2004, he was transferred back to the South Bay medical unit. He was released from the South Bay medical unit to the regular ICE detainee unit on August 10, 2004. (The notations on the movement log/transfer history are as follows: HOC 8-2 is the 2nd floor of building 8 of South Bay which is the ICE detainee unit. HOC 6-02-1 is bed/room 1, 2nd floor, building 6 of South Bay, a medical unit. HOC BMC is Boston Medical Center. NSJ is the Nashua Street Jail).

7. On August 16, 2004, while I was escorting Melo-Medina to court following his arrest in this case, he told me that he had recently been sick from a flare-up of colitis.

Sworn under the pains and penalties of perjury, this 31st day of May, 2005.

_____  
JULIA LEE  
Special Agent,  
U.S. Immigration and  
Customs Enforcement