File No: A38 498 678

Date: January 4, 2002

To any officer of the United States Immigration and Naturalization Service:

MELO-Medina, Gregorio Ernesto
(Full name of alien)

entered the United States at __San Juan, Puerto Rico__ on __August 29, 1983__
(Place of entry)                              (Date of entry)

subject to removal/deportation from the United States, based upon a final order by:

[ ] ... deportation or removal proceedings
[ ] ... cial
[ ]
[ ]

... ationality Act:

... Nationaliaty Act

... power and authority vested in the ... or her direction, command you to ... named alien, pursuant to law, at

... Service, 2002" including the expenses

*DOMINICAN HOSPITALIZED DID NOT GO — RESCHEDULE*

(Signature of INS official)
District Director
(Title of INS official)
Boston, Massachusetts
(Date and office location)

Form I-205 (Rev. 4-1-97) N