U.S. Department of Homeland Security
JFK Federal Bldg.
Boston, MA 02203



**U.S. Immigration and Customs Enforcement**

July 14, 2004

MEMORANDUM FOR:   NADINE PELLEGRINI
                  ASSISTANT UNITED STATES ATTORNEY
                  BOSTON, MASSACHUSETTS

FROM:             Julia D. Lee
                  Special Agent

SUBJECT:          <u>Re-entry After Deportation</u>
                  <u>Gregorio Ernesto MELO-Medina  A38 498 678</u>

Gregorio Ernesto MELO-Medina was born on April 10, 1966 and is a native and citizen of the Dominican Republic. His immigration history is contained in Immigration Alien File ("A-File") A38 498 678. MELO was admitted to the United States as a Lawful Permanent Resident ("LPR") on August 29, 1983. MELO was deported from the United States on August 21, 1996. His date of reentry into the United States cannot be established for reasons set forth below.

A review of MELO's A-file and criminal record indicates he was first arrested on March 19, 1990 in New Bedford, Massachusetts and charged with Operating With a Suspended License in New Bedford District Court. This charge remains in default.

MELO was next arrested on March 14, 1992 for Distribution of Heroin and Conspiracy to Distribute Heroin and was arraigned on March 16, 1992 in the United States District Court at Boston, Massachusetts. On June 1, 1993, MELO entered a guilty plea to both counts and was sentenced to 60 months in the custody of the United States Bureau of Prisons ("BOP"). The case number is CR92-10104-H-02.

On June 20, 1996, MELO was served with an Order to Show Cause charging deportability at the Federal Correctional Institution at Oakdale, Louisiana. MELO was released from BOP custody to the Immigration and Naturalization Service ("INS") on July 19, 1996, where he was held in custody without bond. On August 7, 1996, MELO was ordered deported from the United States by Immigration Judge R. Kevin McHugh. MELO was deported to the Dominican Republic on August 21, 1996 via Miami, Florida.

MELO came to INS attention on August 3, 2001 when he was arrested by the Boston Police Department and charged with Kidnapping and Possession of Cocaine With Intent to Distribute. At the time of arrest, MELO gave the name "Victor RIVERA". However, MELO's fingerprints were submitted to the FBI and confirmed his true identity. An INS detainer was lodged at the Nashua

Memorandum for Assistant United States Attorney 2
Subject: Re-entry After Deportation, Gregorio Ernesto MELO-Medina (A38 498 678)

Street Jail on August 3, 2001. MELO was served with an I-871 Notice of Intent/Decision to Reinstate Prior Order by Special Agent ("SA") Richard Davies on August 10, 2001.

On June 18, 2002, MELO entered a guilty plea in Suffolk Superior Court at Boston, Massachusetts to one count of Unlawful Possession of Cocaine With Intent to Distribute. MELO was sentenced to 3 years incarceration in state prison and completed his sentence on July 12, 2004. MELO was released to his INS detainer and was taken into custody by ICE on July 12, 2004. He remains in custody at the Bristol County House of Correction, pending removal.

On July 14, 2004, SA Lee faxed copies of the right thumbprint from MELO's August 21, 1996 Warrant of Deportation and the fingerprint card taken by the Boston Police Department August 3, 2001. The FBI responded that the prints are an identical match to the same individual, Gregorio Ernesto MELO-Medina, FBI# 513771KA5.

A travel document request to the Consulate-General of the Dominican Republic was completed on July 12, 2004.

There is no evidence in file A38 498 678 suggesting that MELO ever applied for or received permission to re-enter the United States. This case is being referred to your office for prosecution consideration under 8 USC 1326.