UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                       )<br>)<br>GREGORIO MELO-MEDINA         )<br>) | CRIMINAL NO. 04-10236-NG |

## MOTION TO WITHDRAW MOTION TO DISMISS

Counsel for defendant requests that this Court allow the defendant to withdraw the Defendant's Motion to Dismiss, filed on Monday, April 25, 2005. The government's Opposition to Motion to Dismiss, received by defense counsel today, June 2, 2005, and supported with documents which the defendant was never given in discovery, establishes that contrary to the defendant's assertions, efforts were made to deport the defendant during the time he was held by the Immigration and Customs Enforcement Agency in July and August, 2004.

>                                     GREGORIO MELO-MEDINA
>                                     By his attorney,
>
>                                     /s/ Page Kelley
>                                     Page Kelley
>                                       B.B.O. #548237
>                                     Federal Defender Office
>                                     408 Atlantic Avenue, 3rd Floor
>                                     Boston, MA  02110
>                                     Tel: 617-223-8061

Date: June 2, 2005