# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) **04 CR 10236 NG** |
| v. | ) Criminal No. |
| GREGORIO MELO-MEDINA<br>a/k/a GREGORY MELO<br>a/k/a VICTOR RIVERA | ) VIOLATION: 8 U.S.C. §1326(a)<br>)   Illegal Reentry of<br>)   Deported Alien |

## INDICTMENT

**COUNT ONE:**     8 U.S.C. §1326(a) -- Illegal Reentry of Deported Alien

The Grand Jury charges that:

On or about August 3, 2001, at Boston, in the District of Massachusetts,

GREGORIO MELO-MEDINA,

defendant herein, being an alien and having been excluded, deported and removed from the United States, was found in the United States without having received the express consent of the United States Attorney General prior to March 1, 2003, or the express consent of the Secretary of the Department of Homeland Security since that date, to reapply for admission to the United States.

All in violation of Title 8, United States Code, Section 1326(a) and (b)(2) and Title 6, United States Code, Section 202(3) AND (4) and Section 557.

A TRUE BILL

_____
FOREPERSON OF THE GRAND JURY

_____
CHRISTOPHER F. BATOR
ASSISTANT U.S. ATTORNEY

DISTRICT OF MASSACHUSETTS; August 11, 2004.

Returned into the District Court by the Grand Jurors and filed.

_____
DEPUTY CLERK

8/11/04  12:34

# EXHIBIT B

RM. 722
robado por el Contralor
neral de la República
ay No. 383, del 4 de Septiembre de 1964
ay 80-99, del 20 de Julio de 1999

Secretaría de Estado de Finanzas
**DIRECCION GENERAL DE IMPUESTOS INTERNOS**

**CERTIFICADO MEDICO**

DGII

N° Control

Yo Dr. Rafael A. Tacaso M. médico provisto del correspondiente exequátur No. _____
CERTIFICO haber examinado a Don Gregorio F. Melo Medina
Cédula de Identidad y Electoral No. _____

y constatado Que le traté de su cuadro
de Depresión Reactiva
(1996-1998) con Recaídas
por lo que recomiendo Recurrentes, gastritis crónica
y Tuberculosis _____

expido la presente Certificación en Santo Domingo a petición del
interesado, hoy día 12 del mes de julio _____

[signature and seals]




**Clínica Internacional**
FUNDADA EL 1ro. DE ENERO DE 1956

SANTO DOMINGO, REP. DOM. • TEL.
AV. MEXICO No. 41

Baní, Prov. Peravia, R.D.
10 de Agosto del 2005

# CONSTANCIA

# QUIEN PUEDA INTERESAR:

Yo, DR. RAFAEL A. TERRERO M, Medico-Psiquiatra, con exequatur No. 1033, Lic. 0303 Cedula 003-0014672-8, con su consulta en la clínica Internacional, Av. México 39 Sto. Dgo. Tel.: 685-7040 y en Baní, C/ José A. Minino No. 19, Tel: 522-1100, hago constar y Certifico:

Haber Examinado y tratado a **DON GREGORIO ERNESTO MELO MEDINA** de un cuadro de: **DEPRESIÓN REACTIVA**, con artriptilina y thioridazina, desde octubre 10 del 1996 a enero del 98, con recaídas transitorias. Lo que hago constar, para los Fines de lugar.

DR. RAFAEL A. TERRERO M.
(Psiquiatra)

# EXHIBIT C

Ritchie Melo
20 East Lenox Street # 309
Boston Massachusetts 02118

September 3, 2005

## REGARDING: GREGORIO ERNESTO MELO-MEDINA

Dear Judge Nancy Gertner:

Hi! My name is Ritchie Melo and I am Gregorio Melo son. I am a seventeen year old teenager and as hard enough as it is being a teenager. I also don't have a father to guide me through these tough times. My father didn't make good choices in his life, but in my opinion he has paid for it more than 4 years of his children's lives. He missed all my winning baseball games. He hasn't been there for us for too many years. He hasn't been there when I needed a man to talk to. Judge I need my father next to me. Guiding me and helping me. Please listen judge, try to understand that I need my dad. He has committed mistake, but I still love him and miss him.

Respectfully yours,

Ritchie Melo

Tasha Melo
20 East Lenox Street #309
Boston, Massachusetts 02118

September 3, 2005

**REGARDING: Gregorio Ernesto Melo-Medina**

Dear Judge Nancy Gertner,

Hi! My name is Tasha Melo. I am Gregory's daughter. I'm 14 years old. In the Spanish tradition every 15-year old girl has a Quiencianero (sweet 15). Parents, close friends, and family attend the party. I would be happy if my father were able to attend my special day. I miss my father a lot. I'm not just saying that just to say it. Its true I wake up at night knowing my father isn't here and I begin to cry. I miss going places with him every Saturday, and Sundays. We always have fun and go to places I have never imagine there. I'm the type of person that's always bored and when I'm with him he makes everything is funny and I'm never bored with him. I would like I a lot if my father were there for my 15th birthday. It would be the greatest day of my life and it would be all thanks to you.

Respectfully yours,

Tasha Melo

Jacqueline Roche
20 East Lenox Street #309
Boston, Massachusetts 02118
(617) 445-8954

September 3, 2005

**REGARDING: Gregorio Ernesto Melo-Medina**

Dear Judge Nancy Gertner:

I like to respectfully submit this letter and to thank you for allowing me to do so.

Greg and I met in 1985 in Elizabeth, New Jersey. We fell in love almost instantly and we have been together ever since. In 1987 we had our first child Ritchie Melo who is 17-years of age; and in 1991 we had our daughter Tasha Melo who is 14- years of age.

I have seen the character changes Greg has made over the years and I believe in my heart that he has made a complete turn-around in his life. Greg made a bad decision and he is completely aware of all the damage his bad decision has caused. These past four years Greg has expressed a great deal of remorse for his crimes.

My kids and I have suffered immensely mentally as well as physically. I have a high school education and therefore I am limited on the type of employment and salary. My kids and I have had hardship to the point where I have had to look to the state to support my kids. Being a single mom has been very tough although I have very well behaved kids. I have had to overcome many obstacles over the years and the most difficult is having to witness the heartache my kids are suffering.

Judge Gertner, I know Greg, and I feel in my heart that he truly regrets the crimes he has committed and I believe he is a different man he was before his incarceration. Please allow him to go home so he can be with his family. Greg has no intention of ever returning to the United States nor does he intend to violate any laws.

Thank you for your consideration, I am hopeful that your decision will be favorable for my kids and me.

Respectfully yours,

*Jacqueline Roche*
Jacqueline Roche

# EXHIBIT D



# Rest. El Patio de Golla

A QUIEN PUEDA INTERESAR

Por medio de la presente, certificamos que el señor **GREGORIO ERNESTO MELO MEDINA**, obtendrá y así lo afirmamos un contrato de trabajo con esta compañía **Restaurant "Patio de Goya"** por un período de (5) años desempeñando las funciones de **Asistente General y Jefe de Compras**, devengando un salario mensual de RD$ 12,000.00 (Doce Mil Pesos oro, mn.).

Esta certificación se expide hoy día Diecisiete (17) de agosto del año Dos Mil cinco (2005).



To Page Kelly



Michel Martínez
Administrador

No. 18, Bani, Prov. Peravia, Rep. Dom - Tel.: (809) 522-5530