UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 04-10236-NG |
| ) | |
| GREGORIO MELO-MEDINA ) | |
| ) | |

MOTION TO FILE UNDER SEAL

Now comes the defendant through counsel and requests that the attached Psychological Report be filed under seal, as it contains facts concerning the defendant's personal and psychiatric history.

GREGORIO MELO-MEDINA
By his attorney,

/s/ Page Kelley
Page Kelley
B.B.O. #548237
Federal Defender Office
408 Atlantic Avenue, 3rd Floor
Boston, MA 02110
Tel: 617-223-8061

CERTIFICATE OF SERVICE

I, Page Kelley, hereby certify that a true copy of the above document was served upon Assistant United States Attorney Christopher Bator by hand delivery on September 7, 2005.

/s/ Page Kelley
Page Kelley